1  Trenton H. Norris (California State Bar No. 164781)
2  Sarah Esmaili (California State Bar No. 206053)
   ARNOLD & PORTER LLP
3  90 New Montgomery Street, Suite 600
   San Francisco, CA  94105-4549
4  Telephone:  (415) 356-3000
   Facsimile:  (415) 356-3099
5  Email: trent.norris@aporter.com
   Email: sarah.esmaili@aporter.com
6

7  Peter L. Zimroth (*pro hac vice* admission pending)
   Kent A. Yalowitz (*pro hac vice* admission pending)
8  Nancy G. Milburn (*pro hac vice* admission pending)
   ARNOLD & PORTER LLP
9  399 Park Avenue
   New York, NY  10022
10 Telephone:  (212) 715-1000
   Facsimile:  (212) 715-1399
11 Email: peter.zimroth@aporter.com
   Email: kent.yalowitz@aporter.com
12 Email: nancy.milburn@aporter.com
13

14 Attorneys for Plaintiff
   CALIFORNIA RESTAURANT ASSOCIATION
15

ORIGINAL FILED

JUL - 3 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

16              UNITED STATES DISTRICT COURT                CW

17             NORTHERN DISTRICT OF CALIFORNIA

18

19 CALIFORNIA RESTAURANT          )   CV  08 ____  3247
   ASSOCIATION,                   )
20                                )   Case No. _____
              Plaintiff,          )
21                                )   **PROOF OF SERVICE BY HAND
        v.                        )   DELIVERY**
22                                )
   THE CITY AND COUNTY OF SAN FRANCISCO )  **(Plaintiff's Motion for Declaratory
23 and THE SAN FRANCISCO DEPARTMENT OF  )  Relief and a Preliminary Injunction)**
   HEALTH,                        )
24                                )
              Defendants.         )
25 _____)

26

27

28

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is 90 New Montgomery Street, Suite 600, San Francisco, California.

On July 3, 2008, I caused to be hand-delivered:

1.  NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

2.  [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION

3.  DECLARATION OF SARAH ESMAILI IN SUPPORT OF PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION

4.  APPENDIX TO PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION

as follows:

> Francesca Gessner, Deputy City Attorney
> Tara Steeley, Deputy City Attorney
> San Francisco City Attorney's Office
> 1 Dr. Carlton B. Goodlett Place, Room 234
> San Francisco, CA 94102-4682

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this Declaration was executed on July 3, 2008, at San Francisco, California.

_____
Carol Grey

- 2 -