Trenton H. Norris (California State Bar No. 164781)
Sarah Esmaili (California State Bar No. 206053)
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 356-3000
Facsimile: (415) 356-3099
Email: trent.norris@aporter.com
Email: sarah.esmaili@aporter.com

Peter L. Zimroth (*pro hac vice* admission pending)
Kent A. Yalowitz (*pro hac vice* admission pending)
Nancy G. Milburn (*pro hac vice* admission pending)
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
Email: peter.zimroth@aporter.com
Email: kent.yalowitz@aporter.com
Email: nancy.milburn@aporter.com

Attorneys for Plaintiff
CALIFORNIA RESTAURANT ASSOCIATION

ORIGINAL FILED

JUL - 3 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br><br>    Defendants. | Case No. CV 08 3247<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>**(Federal Rule of Civil Procedure 7.1)** |

CORPORATE DISCLOSURE STATEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff California Restaurant Association certifies that there exists the following parent companies or publicly held companies owning more than ten percent (10%) of its stock:  None.

Respectfully submitted,

Dated: July 3, 2008

ARNOLD & PORTER LLP

By: /s/ Trenton H. Norris /SE
Trenton H. Norris
Attorneys for Plaintiff
CALIFORNIA RESTAURANT ASSOCIATION

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is 90 New Montgomery Street, Suite 600, San Francisco, California. On July 3, 2008, I caused the foregoing CORPORATE DISCLOSURE STATEMENT to be hand-delivered as follows:

> Francesca Gessner, Deputy City Attorney
> Tara Steeley, Deputy City Attorney
> San Francisco City Attorney's Office
> 1 Dr. Carlton B. Goodlett Place, Room 234
> San Francisco, CA 94102-4682

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this Declaration was executed on July 3, 2008, at San Francisco, California.

_____
Carol Grey