Trenton H. Norris (California State Bar No. 164781)
Sarah Esmaili (California State Bar No. 206053)
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 356-3000
Facsimile: (415) 356-3099
Email: trent.norris@aporter.com
Email: sarah.esmaili@aporter.com

Peter L. Zimroth (*pro hac vice* admission pending)
Kent A. Yalowitz (*pro hac vice* admission pending)
Nancy G. Milburn (*pro hac vice* admission pending)
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
Email: peter.zimroth@aporter.com
Email: kent.yalowitz@aporter.com
Email: nancy.milburn@aporter.com

Attorneys for Plaintiff
CALIFORNIA RESTAURANT ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br><br>Defendants. | Case No. 08 3247<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS AND BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION, AND REGARDING STAY OF ENFORCEMENT**<br><br>**(Civil Local Rule 7.11)** |

02854_3.DOC

## STIPULATION

WHEREAS, Plaintiff California Restaurant Association filed a Complaint against the City and County of San Francisco and the San Francisco Department of Public Health (collectively, "Defendants") alleging that Ordinance 40-08 ("Ordinance") violates the U.S. and California Constitutions;

WHEREAS, the Ordinance amends San Francisco Health Code sections 468-468.8 to require restaurants with twenty or more establishments in the State of California to make statements showing certain nutritional information on menu boards and menus in manner prescribed by the Ordinance;

WHEREAS, Plaintiff alleges that the Ordinance is preempted under federal and state law and that the Ordinance unconstitutionally compels speech by the restaurants subject to the Ordinance;

WHEREAS, Plaintiff has brought a Motion for Declaratory Relief and a Preliminary Injunction ("Motion") in this action to enjoin the San Francisco Department of Public Health from enforcing the Ordinance;

WHEREAS, certain nutritional disclosure requirements begin to take effect under the Ordinance on August 23, 2008 ("Disclosure Requirements");

WHEREAS, a proposed amendment to the Ordinance is pending that would, among other things, postpone the operative date of these Disclosure Requirements to September 20, 2008;

WHEREAS, in light of the proposed amendment to the Ordinance, Defendant San Francisco Department of Public Health has stated that it will not enforce these Disclosure Requirements until September 20, 2008;

WHEREAS, the Parties have agreed that, subject to Court approval of this Stipulation, Plaintiff's Motion would be noticed at least 63 days before the hearing date, Defendants' opposition papers would be due no less than 35 days before the hearing date, and Plaintiff's reply to the opposition papers would be due no less than 14 days before the hearing date;

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS AND BRIEFING REGARDING MOTION FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION, AND REGARDING STAY OF ENFORCEMENT

WHEREAS, Defendants have agreed to postpone the operative date of the Disclosure Requirements until October 14, 2008;

WHEREAS, Civil Local Rule 7-2(b) provides for a twenty-five (25) page limit on any motion and supporting memorandum of points and authorities filed in this action;

WHEREAS, Civil Local Rule 7-3(c) provides for a twenty-five (25) page limit on any opposition to any motion filed in this action;

WHEREAS, given the complexity of the constitutional issues raised in the action and in the Motion, Plaintiff and Defendants believe that it is appropriate, subject to Court approval, for the Motion and supporting memorandum of points and authorities and the Opposition to the Motion to exceed the twenty-five (25) page limit such that they are each no more than thirty-five (35) pages in length; and

WHEREAS, Plaintiff and Defendants agree that this stipulation is without prejudice as to any party's right to seek further or additional relief as to matters addressed herein;

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff and Defendants, subject to approval of the Court, that:

1. Plaintiff's Motion (including the supporting memorandum of points and authorities) may exceed the twenty-five (25) page limit imposed by Civil Local Rule 7-2(b), but may not exceed a total of thirty-five (35) pages, exclusive of the caption page, table of contents, table of authorities, declarations, and exhibits.

2. Defendants' opposition to the Motion may exceed the twenty-five (25) page limit imposed by Civil Local Rule 7-3(c), but may not exceed a total of thirty-five (35) pages, exclusive of the caption page, table of contents, table of authorities, declarations, and exhibits.

3. Plaintiff's Motion shall be noticed for hearing on a date that is no less than 63 days after the Motion is filed and served.

4. Defendants' opposition to the Motion shall be filed and served not less than 35 days before the hearing date.

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS AND BRIEFING REGARDING MOTION FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION, AND REGARDING STAY OF ENFORCEMENT

5. Plaintiff's reply to Defendants' Opposition to the Motion shall be filed and served not less than 14 days before the hearing date.

6. The operative date of the Ordinance shall be stayed until October 14, 2008 without prejudice as to Plaintiff's right to seek a further stay and Defendants' right to oppose any further stay.

**SO STIPULATED:**

Dated: July 3, 2008

ARNOLD & PORTER LLP

By: _____
Trenton H. Norris
Attorneys for Plaintiff
CALIFORNIA RESTAURANT ASSOCIATION

Dated: July 3, 2008

DENNIS J. HERRERA
City Attorney
FRANCESCA GESSNER
Deputy City Attorney

By: _____
Francesca Gessner
Tara Steeley
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND SAN FRANCISCO DEPARTMENT OF
PUBLIC HEALTH

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS AND BRIEFING REGARDING MOTION FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION, AND REGARDING STAY OF ENFORCEMENT

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED:**

Dated: _____

_____
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS AND BRIEFING REGARDING MOTION FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION, AND REGARDING STAY OF ENFORCEMENT

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is 90 New Montgomery Street, Suite 600, San Francisco, California. On July 3, 2008, I caused the foregoing STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS AND BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION, AND REGARDING STAY OF ENFORCEMENT to be hand-delivered to:

> Francesca Gessner, Deputy City Attorney
> Tara Steeley, Deputy City Attorney
> San Francisco City Attorney's Office
> 1 Dr. Carlton B. Goodlett Place, Room 234
> San Francisco, CA  94102-4682

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this Declaration was executed on July 3, 2008, at San Francisco, California.

_____
Carol Grey