1  TRENTON H. NORRIS (California State Bar No. 164781)
   SARAH ESMAILI (California State Bar No. 206053) **FILED**
2  ARNOLD & PORTER LLP
3  90 New Montgomery Street, Suite 600    08 JUL -3  PM 3: 35    **ORIGINAL**
   San Francisco, CA  94105
4  Telephone:  (415) 356-3000    RICHARD W. WIEKING
   Facsimile:  (415) 356-3099    CLERK, U.S. DISTRICT COURT
5                                 NORTHERN DISTRICT OF CALIFORNIA
   trent.norris@aporter.com
6  sarah.esmaili@aporter.com

7  PETER L. ZIMROTH (*pro hac vice* admission pending)
   KENT A. YALOWITZ (*pro hac vice* admission pending)
8  NANCY G. MILBURN (*pro hac vice* admission pending) **E-filing**
   ARNOLD & PORTER LLP
9  399 Park Avenue
   New York, NY  10022
10 Telephone:  (212) 715-1000
   Facsimile:  (212) 715-1399
11 peter.zimroth@aporter.com
   kent.yalowitz@aporter.com
12 nancy.milburn@aporter.com
13
   Attorneys for Plaintiff
14 CALIFORNIA RESTAURANT ASSOCIATION
15
16          UNITED STATES DISTRICT COURT
17        NORTHERN DISTRICT OF CALIFORNIA    **CW**
18 CALIFORNIA RESTAURANT           **CV** Case No. **08**   **3247**
   ASSOCIATION,
19                          )
                 Plaintiff,  )  **APPLICATION FOR ADMISSION**
20                          )  **OF NANCY G. MILBURN *PRO HAC***
       v.                    )  **VICE**
21                          )
   THE CITY AND COUNTY OF SAN    )
22 FRANCISCO and THE SAN FRANCISCO )
   DEPARTMENT OF HEALTH,          )
23                          )
              Defendants.    )
24                          )
25 _____)
26
27
28

_____
APPLICATION FOR ADMISSION OF NANCY G. MILBURN *PRO HAC VICE* – Case No. _____

1    Pursuant to Civil L.R. 11-3, Nancy G. Milburn, an active member in good standing of the

2  bar of the State of New York, hereby applies for admission to practice in the Northern District of

3  California on a *pro hac vice* basis representing Plaintiff California Restaurant Association in the

4  above-entitled action.

5    In support of this application, I certify on oath that:

6    1.    I am an active member in good standing of a United States Court or of the highest

7  court of another State or the District of Columbia, as indicated above;

8    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

9  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar

10  with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

11    3.    An attorney who is a member of the bar of this Court in good standing and who

12  maintains an office within the State of California has been designated as co-counsel in the above-

13  entitled action. The name, address and telephone number of that attorney is:

14  Trenton H. Norris
   ARNOLD & PORTER LLP
15  90 New Montgomery Street, Suite 600
   San Francisco, CA  94105
16  Telephone:  (415) 356-3000
   Facsimile:  (415) 356-3099
17
   I declare under penalty of perjury that the foregoing is true and correct.
18

19  Dated: June 30, 2008

20

21

22  _Nancy G. Milburn_
   NANCY G. MILBURN
23

24

25

26

27

28

- 2 -

APPLICATION FOR ADMISSION OF NANCY G. MILBURN *PRO HAC VICE* – Case No. _____