1  TRENTON H. NORRIS (California State Bar No. 164781)
2  SARAH ESMAILI (California State Bar No. 206053)
   ARNOLD & PORTER LLP
3  90 New Montgomery Street, Suite 600
   San Francisco, CA 94105
4  Telephone: (415) 356-3000
   Facsimile: (415) 356-3099
5  trent.norris@aporter.com
   sarah.esmaili@aporter.com
6
7  PETER L. ZIMROTH (*pro hac vice* admission pending)
   KENT A. YALOWITZ (*pro hac vice* admission pending)
8  NANCY G. MILBURN (*pro hac vice* admission pending)
   ARNOLD & PORTER LLP
9  399 Park Avenue
   New York, NY 10022
10 Telephone: (212) 715-1000
11 Facsimile: (212) 715-1399
   peter.zimroth@aporter.com
12 kent.yalowitz@aporter.com
   nancy.milburn@aporter.com
13
14 Attorneys for Plaintiff
   CALIFORNIA RESTAURANT ASSOCIATION
15

FILED
08 JUL -3 PM 3:36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ORIGINAL**

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08 3247 CW

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, | Case No. _____ |
| Plaintiff, | APPLICATION FOR ADMISSION OF PETER L. ZIMROTH *PRO HAC VICE* |
| v. | |
| THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO DEPARTMENT OF HEALTH, | |
| Defendants. | |

APPLICATION FOR ADMISSION OF PETER L. ZIMROTH *PRO HAC VICE* – Case No. _____

1    Pursuant to Civil L.R. 11-3, Peter L. Zimroth, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff California Restaurant Association in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Trenton H. Norris
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA  94105
Telephone:  (415) 356-3000
Facsimile:  (415) 356-3099

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 1, 2008

_____
PETER L. ZIMROTH

- 2 -

APPLICATION FOR ADMISSION OF PETER L. ZIMROTH *PRO HAC VICE* – Case No. _____