Trenton H. Norris (California State Bar No. 164781)
Sarah Esmaili (California State Bar No. 206053)
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA 94105-4549
Telephone: (415) 356-3000
Facsimile: (415) 356-3099
Email: trent.norris@aporter.com
Email: sarah.esmaili@aporter.com

Peter L. Zimroth (*pro hac vice* admission pending)
Kent A. Yalowitz (*pro hac vice* admission pending)
Nancy G. Milburn (*pro hac vice* admission pending)
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
Email: peter.zimroth@aporter.com
Email: kent.yalowitz@aporter.com
Email: nancy.milburn@aporter.com

Attorneys for Plaintiff
CALIFORNIA RESTAURANT ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO DEPARTMENT OF HEALTH,<br><br>　　　　　Defendants. | Case No. _____<br><br>**PROOF OF SERVICE BY HAND DELIVERY**<br><br>**(Plaintiff's *Pro Hac Vice* Applications)** |

PROOF OF SERVICE BY HAND DELIVERY

1   I am employed in the City and County of San Francisco, State of California. I am over the
2   age of 18 years and not a party to the within action. My business address is 90 New Montgomery
3   Street, Suite 600, San Francisco, California.
4   On July 3, 2008, I caused to be hand-delivered:

5   1. APPLICATION FOR ADMISSION OF PETER L. ZIMROTH *PRO HAC VICE*

6   2. [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF
7      PETER L. ZIMROTH *PRO HAC VICE*

8   3. APPLICATION FOR ADMISSION OF NANCY G. MILBURN *PRO HAC VICE*

9   4. [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF
       NANCY G. MILBURN *PRO HAC VICE*

10  5. APPLICATION FOR ADMISSION OF KENT A. YALOWITZ *PRO HAC VICE*

11  6. [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF
12     KENT A. YALOWITZ *PRO HAC VICE*

as follows:

Francesca Gessner, Deputy City Attorney
Tara Steeley, Deputy City Attorney
San Francisco City Attorney's Office
1 Dr. Carlton B. Goodlett Place, Room 234
San Francisco, CA 94102-4682

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this Declaration was executed on July 3, 2008, at San Francisco, California.

_____
Carol Grey

PROOF OF SERVICE BY HAND DELIVERY