1  Trenton H. Norris (California State Bar No. 164781)
   Sarah Esmaili (California State Bar No. 206053)
2  ARNOLD & PORTER LLP
   90 New Montgomery Street, Suite 600
3  San Francisco, CA 94105
   Telephone: (415) 356-3000
4  Facsimile: (415) 356-3099
   Email: trent.norris@aporter.com
5  Email: sarah.esmaili@aporter.com

6  Peter L. Zimroth (*pro hac vice* admission pending)
   Kent A. Yalowitz (*pro hac vice* admission pending)
7  Nancy G. Milburn (*pro hac vice* admission pending)
   ARNOLD & PORTER LLP
8  399 Park Avenue
   New York, NY 10022
9  Telephone: (212) 715-1000
   Facsimile: (212) 715-1399
10 Email: peter.zimroth@aporter.com
   Email: kent.yalowitz@aporter.com
11 Email: nancy.milburn@aporter.com

12 Attorneys for Plaintiff
   CALIFORNIA RESTAURANT ASSOCIATION
13

ORIGINAL FILED
JUL - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br><br>Defendants. | Case No. C 08-03247 CW<br><br>**PLAINTIFF'S AMENDED NOTICE OF MOTION FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION**<br><br>Honorable Claudia Wilken<br><br>Hearing Date: September 4, 2008<br>Hearing Time: 2:00 p.m.<br>Courtroom: Courtroom 2, 4th Floor |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE **AS AMENDED** that on September 4, 2008 at 2:00 p.m., or as

3  soon thereafter as the matter may be heard, in the courtroom of the Honorable Claudia Wilken,

4  located in Courtroom 2, 4th Floor, of the Oakland Division of the United States District Court for

5  the Northern District of California, at 1301 Clay Street, Oakland, California, Plaintiff California

6  Restaurant Association ("Plaintiff") will move, and has moved, this Court for an order granting

7  Plaintiff a declaratory judgment and preliminary injunction in Plaintiff's action pursuant to 42

8  U.S.C. § 1983 enjoining the San Francisco Department of Public Health from enforcing Ordinance

9  40-08 on grounds of federal preemption, state preemption and violation of the right to freedom of

10 speech guaranteed by the First Amendment of the United States Constitution and article I, section 2

11 of the California Constitution of those restaurants within the purview of the Ordinance.

12     This Amended Notice is filed in order to reschedule the previously noticed hearing of

13 September 4, 2008 at 9:30 a.m. Upon filing the Complaint and the Motion for Declaratory Relief

14 and a Preliminary Injunction ("Motion") on July 3, 2008, this action was assigned to the Honorable

15 Claudia Wilken. Thus, Plaintiff has rescheduled the hearing to take place on September 4, 2008 at

16 2:00 p.m in the Courtroom of the Honorable Claudia Wilken in accordance with Judge Wilken's

17 Standing Order.

18     Plaintiff's Motion is based on this Amended Notice of Motion, the Motion and supporting

19 Memorandum of Points and Authorities and Appendix thereto (filed on July 3, 2008), the

20 supporting Declaration of Sarah Esmaili and the exhibits thereto (filed on July 3, 2008), the papers

21 and pleadings on file in this action and upon such further briefs, evidence, and oral argument as may

22 be presented to the Court in connection with this Motion.

23 Dated: July 8, 2008                             ARNOLD & PORTER LLP

25                                           By: _/s/ Trenton H. Norris_

26                                                 Trenton H. Norris
                                                Attorneys for Plaintiff
27                                                 CALIFORNIA RESTAURANT
                                                ASSOCIATION

28

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is 90 New Montgomery Street, Suite 600, San Francisco, California 94105-4549. On July 8, 2008, I caused to be hand-delivered a true and correct copy of the foregoing AMENDED NOTICE OF MOTION FOR PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION to the following individual(s):

> Francesca Gessner, Deputy City Attorney
> Tara Steeley, Deputy City Attorney
> San Francisco City Attorney's Office
> 1 Dr. Carlton B. Goodlett Place, Room 234
> San Francisco, CA  94102-4682

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this Declaration was executed on July 8, 2008, at San Francisco, California.

_/s/ Carol Grey_
Carol Grey