DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
FRANCESCA GESSNER, State Bar #247553
TARA M. STEELEY, State Bar #231775
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:    (415) 554-4762
Facsimile:    (415) 554-4699
E-Mail:       francesca.gessner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO AND THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br><br>Defendants. | Case No. C08-3247 CW<br><br>**STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Civil Local Rule 6.1(a))<br><br>Honorable Claudia Wilken |
|---|---|

STIPULATION EXTENDING DEFENDANTS' TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. C08-3247 CW

## STIPULATION

WHEREAS, on July 3, 2008, Plaintiff California Restaurant Association filed a Complaint and a Motion for Declaratory Relief and a Preliminary Injunction ("Motion") against the City and County of San Francisco and the San Francisco Department of Public Health ("Defendants") seeking to enjoin Defendants from enforcing Ordinance 40-08;

WHEREAS, on July 7, 2008, Plaintiff served Defendants with the Summons and Complaint;

WHEREAS, the Parties have stipulated to a briefing schedule for Plaintiff's Motion and anticipate that the Motion will be heard on or around September 4, 2008;

WHEREAS, under Rule 12 of the Federal Rules of Civil Procedure, a responsive pleading must be filed within twenty (20) days after service of the summons and complaint;

WHEREAS, in light of the stipulated briefing schedule for the Motion, the Parties agree that it would be an inefficient use of judicial resources for the City to file a motion to dismiss before the Court has heard and decided Plaintiff's Motion;

WHEREAS, extending the time for Defendants to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order;

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff and Defendants that:

Defendants' time to file a responsive pleading under Rule 12 of the Federal Rules of Civil Procedure shall be extended to twenty (20) days after the date of the Court's ruling on Plaintiff's Motion.

**SO STIPULATED:**

Dated: July 11, 2008

        DENNIS J. HERRERA
        City Attorney
        WAYNE SNODGRASS
        FRANCESCA GESSNER
        TARA M. STEELEY
        Deputy City Attorneys

        By: /s/ Tara M. Steeley
        TARA M. STEELEY

        Attorneys for Defendant
        CITY AND COUNTY OF SAN FRANCISCO

Dated: July 11, 2008

        ARNOLD & PORTER LLP
        By: /s/ Trenton H. Norris / SE
        TRENTON H. NORRIS
        Attorneys for Plaintiff
        CALIFORNIA RESTAURANT ASSOCIATION