TRENTON H. NORRIS (California State Bar No. 164781)
SARAH ESMAILI (California State Bar No. 206053)
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 356-3000
Facsimile: (415) 356-3099
trent.norris@aporter.com
sarah.esmaili@aporter.com

PETER L. ZIMROTH (*pro hac vice* admission pending)
KENT A. YALOWITZ (*pro hac vice* admission pending)
NANCY G. MILBURN (*pro hac vice* admission pending)
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
peter.zimroth@aporter.com
kent.yalowitz@aporter.com
nancy.milburn@aporter.com

Attorneys for Plaintiff
CALIFORNIA RESTAURANT ASSOCIATION

RECEIVED
08 JUL -3 PM 3:36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

FILED
JUL 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08 3247 CW

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, | Case No. _____ |
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF NANCY G. MILBURN *PRO HAC VICE* |
| v. | |
| THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO DEPARTMENT OF HEALTH, | |
| Defendants. | |

---

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION
OF NANCY G. MILBURN *PRO HAC VICE* – Case No. _____

Nancy G. Milburn, an active member in good standing of the bar of the State of New York, whose business address and telephone number is ARNOLD & PORTER LLP, 399 Park Avenue, New York, NY 10022-4690; Telephone: 212.715.1000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff California Restaurant Association,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUL 11 2008

_____
UNITED STATES DISTRICT COURT JUDGE