```
 1  TRENTON H. NORRIS (California State Bar No. 164781)
 2  SARAH ESMAILI (California State Bar No. 206053)
    ARNOLD & PORTER LLP
 3  90 New Montgomery Street, Suite 600
    San Francisco, CA 94105
 4  Telephone: (415) 356-3000
    Facsimile: (415) 356-3099
 5  trent.norris@aporter.com
 6  sarah.esmaili@aporter.com

 7  PETER L. ZIMROTH (pro hac vice admission pending)
    KENT A. YALOWITZ (pro hac vice admission pending)
 8  NANCY G. MILBURN (pro hac vice admission pending)
    ARNOLD & PORTER LLP
 9  399 Park Avenue
10  New York, NY 10022
    Telephone: (212) 715-1000
11  Facsimile: (212) 715-1399
    peter.zimroth@aporter.com
12  kent.yalowitz@aporter.com
    nancy.milburn@aporter.com
13
14  Attorneys for Plaintiff
    CALIFORNIA RESTAURANT ASSOCIATION
15
```

RECEIVED

08 JUL -3 PM 3:36

E-filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

JUL 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08 3247 CW

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, | Case No. _____ |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF PETER L. ZIMROTH *PRO HAC VICE* |
| v. | |
| THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO DEPARTMENT OF HEALTH, | |
| Defendants. | |

1  Peter L. Zimroth, an active member in good standing of the bar of the State of New York,
2  whose business address and telephone number is ARNOLD & PORTER LLP, 399 Park Avenue,
3  New York, NY 10022-4690; Telephone: 212.715.1000, having applied in the above-entitled action
4  for admission to practice in the Northern District of California on a *pro hac vice* basis, representing
5  Plaintiff California Restaurant Association,
6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8  *vice*. Service of papers upon and communication with co-counsel designated in the application will
9  constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____ JUL 1 1 2008

_____
UNITED STATES DISTRICT COURT JUDGE

- 2 -

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION
OF PETER L. ZIMROTH *PRO HAC VICE* – Case No. _____