Trenton H. Norris (California State Bar No. 164781)
Sarah Esmaili (California State Bar No. 206053)
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA  94105
Telephone:  (415) 356-3000
Facsimile:  (415) 356-3099
Email:  trent.norris@aporter.com
Email:  sarah.esmaili@aporter.com
Email:  rhonda.stewart@aporter.com

Peter L. Zimroth (*pro hac vice* admission pending)
Kent A. Yalowitz (*pro hac vice* admission pending)
Nancy G. Milburn (*pro hac vice* admission pending)
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY  10022
Telephone:  (212) 715-1000
Facsimile:  (212) 715-1399
Email:  peter.zimroth@aporter.com
Email:  kent.yalowitz@aporter.com
Email:  nancy.milburn@aporter.com

Attorneys for Plaintiff
CALIFORNIA RESTAURANT ASSOCIATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br><br>Defendants. | Case No. _____  C-08-3247 CW<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTION AND REGARDING STAY OF EFFECTIVE DATE**<br><br>**(Civil Local Rule 7.11)** |

Stipulation and [Proposed] Order Regarding Page Limits and Briefing Schedule Regarding Plaintiff's Motion for Declaratory Re

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTION AND REGARDING STAY OF EFFECTIVE DATE

**STIPULATION**

WHEREAS, Plaintiff California Restaurant Association filed a Complaint against the City and County of San Francisco and the San Francisco Department of Public Health (collectively, "Defendants") alleging that Ordinance 40-08 ("Ordinance") violates the U.S. and California Constitutions;

WHEREAS, the Ordinance amends the San Francisco Health Code §§ 468-468.8 to require restaurants with twenty or more establishments in the State of California to make statements showing certain nutritional information on menu boards and menus in manner prescribed by the Ordinance;

WHEREAS, Plaintiff alleges that the Ordinance is preempted under federal and state law and that the Ordinance unconstitutionally compels speech by the restaurants subject to the Ordinance;

WHEREAS, Plaintiff has brought a Motion for Declaratory Relief and a Preliminary Injunction ("Motion") in this action to enjoin the San Francisco Department of Public Health from enforcing the Ordinance;

WHEREAS, certain nutritional disclosure requirements begin to take effect under the Ordinance on August 23, 2008 ("Disclosure Requirements");

WHEREAS, a proposed amendment to the Ordinance is pending that would, among other things, postpone the effective date of these Disclosure Requirements to September 22, 2008;

WHEREAS, in light of the proposed amendment to the Ordinance, Defendant San Francisco Department of Public Health has stated that it will not enforce these Disclosure Requirements until September 22, 2008;

WHEREAS, Plaintiff estimates that it will take approximately six weeks for restaurants to design, manufacture, ship and install menus and menu boards in compliance with the Ordinance;

WHEREAS, in the event that the Motion is denied, Plaintiff and Defendants believe that it is appropriate for Defendants to stay enforcement of the Disclosure Requirements for an additional month, such that enforcement would begin on October 22, 2008, unless further amended; and

- 1 -

WHEREAS, Plaintiff and Defendants agree that such a stay of the enforcement of the Disclosure Requirements shall not prejudice Plaintiff's right to seek an enlargement of a stay; and

WHEREAS, in light of the complexity of the constitutional issues raised in the action, Plaintiff and Defendants believe that it is appropriate, subject to Court approval, to provide an extended briefing schedule for the parties such that Plaintiff's Motion would be noticed at least 63 days before the hearing date, Defendants' opposition papers would be due no less than 35 days before the hearing date, and Plaintiff's reply to the opposition papers would be due no less than 14 days before the hearing date;

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff and Defendants, subject to approval of the Court, that:

1. Plaintiff's Motion shall be noticed for hearing on a date that is no less than 63 days after the Motion is filed and served.

2. Defendants' opposition to the Motion shall be filed and served not less than 35 days before the hearing date.

3. Plaintiff's reply to Defendants' Opposition to the Motion shall be filed and served not less than 21 days before the hearing date.

4. Defendants' enforcement of the Ordinance shall be stayed until October 22, 2008 without prejudice as to Plaintiff's right to seek a further stay

**SO STIPULATED:**

Dated: July __, 2008                                      ARNOLD & PORTER LLP


By: _____
      Trenton H. Norris
      Attorneys for Plaintiff
      CALIFORNIA RESTAURANT
      ASSOCIATION

- 2 -

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTION AND REGARDING STAY OF EFFECTIVE DATE

| | |
|---|---|
| 1  Dated: July __, 2008 | DENNIS J. HERRERA |
| 2 | City Attorney |
|   | FRANCESCA GESSNER |
| 3 | Deputy City Attorney |

By: _____
Francesca Gessner
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO AND
SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED:**

7/15/08

Dated: _____

*[signature]*

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: July __, 2008    ARNOLD & PORTER LLP

By: _____
Trenton H. Norris
Attorneys for Plaintiff
CALIFORNIA RESTAURANT ASSOCIATION

- 3 -

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION FOR
DECLARATORY RELIEF AND PRELIMINARY INJUNCTION AND REGARDING STAY OF EFFECTIVE DATE

| | |
|---|---|
| 1  Dated: July __, 2008 | DENNIS J. HERRERA |
| 2 | City Attorney<br>FRANCESCA GESSNER |
| 3 | Deputy City Attorney |

By: _____
Francesca Gessner
Attorneys for Defendants
CITY AND COUNTY OF SAN
FRANCISCO AND
SAN FRANCISCO DEPARTMENT
OF PUBLIC HEALTH

- 4 -

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION FOR
DECLARATORY RELIEF AND PRELIMINARY INJUNCTION AND REGARDING STAY OF EFFECTIVE DATE