Trenton H. Norris (California State Bar No. 164781)
Sarah Esmaili (California State Bar No. 206053)
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 356-3000
Facsimile: (415) 356-3099
Email: trent.norris@aporter.com
Email: sarah.esmaili@aporter.com

Peter L. Zimroth (*pro hac vice* admission pending)
Kent A. Yalowitz (*pro hac vice* admission pending)
Nancy G. Milburn (*pro hac vice* admission pending)
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
Email: peter.zimroth@aporter.com
Email: kent.yalowitz@aporter.com
Email: nancy.milburn@aporter.com

Attorneys for Plaintiff
CALIFORNIA RESTAURANT ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>  Plaintiff,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br><br>  Defendants. | Case No. CV-08-3247 (CW)<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING JULY 15, 2008 ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTION AND REGARDING STAY OF EFFECTIVE DATE**<br><br>Honorable Claudia Wilken |

STIPULATION AND [PROPOSED] ORDER VACATING ORDER REGARDING BRIEFING SCHEDULE FOR MOTION FOR
DECLARATORY RELIEF AND PRELIMINARY INJUNCTION AND REGARDING STAY OF EFFECTIVE DATE
CASE NO. CV 08-3247 (CW)

## STIPULATION

WHEREAS, on July 3, 2008, Plaintiff California Restaurant Association, Defendant City and County of San Francisco and Defendant San Francisco Department of Public Health (collectively, the "Parties") filed a Stipulation and Proposed Order Regarding Page Limits and Briefing Schedule Regarding Plaintiff's Motion for Declaratory Relief and a Preliminary Injunction and Regarding Stay of Enforcement ("July 3, 2008 Stipulation and Proposed Order");

WHEREAS, on July 15, 2008, the Court entered a Stipulation and Order Regarding Briefing Schedule for Plaintiff's Motion for Declaratory Relief and Preliminary Injunction Regarding Stay of Effective Date (the "July 15, 2008 Order"), which differs in certain material respects from the July 3, 2008 Stipulation and Proposed Order that Plaintiff filed with the Court; and

WHEREAS, Plaintiff has determined that the July 15, 2008 Order differs from the July 3, 2008 Stipulation and Proposed Order because Plaintiff inadvertently emailed a draft version of the Stipulation and Proposed Order to the Court's email address rather than the final version of the July 3, 2008 Stipulation and Proposed Order that was filed by Plaintiff with the Court and agreed to by the Parties;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Parties hereto through their respective counsel that the July 15, 2008 Order should be vacated and the July 3, 2008 Stipulation and Proposed Order should be entered, subject to Court approval.

**SO STIPULATED:**

Dated: July 16, 2008                    ARNOLD & PORTER LLP

                                        By: *Trenton H. Norris/SE*
                                            Trenton H. Norris
                                            Attorneys for Plaintiff
                                            CALIFORNIA RESTAURANT ASSOCIATION

- 1 -

STIPULATION AND [PROPOSED] ORDER VACATING ORDER REGARDING BRIEFING SCHEDULE FOR MOTION FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTION AND REGARDING STAY OF EFFECTIVE DATE
CASE NO. CV 08-3247 (CW)

| | |
|---|---|
| 1  Dated: July 16, 2008 | DENNIS J. HERRERA |
| 2 | City Attorney |
|   | TARA STEELEY |
| 3 | FRANCESCA GESSNER |
|   | Deputy City Attorneys |

By: _____
Tara Steeley
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND SAN FRANCISCO DEPARTMENT OF
PUBLIC HEALTH

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED:**

Dated: _____

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

- 2 -

**PROOF OF SERVICE**

1. I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at 90 New Montgomery Street, Suite 600, San Francisco, California 94104. I am readily familiar with the practice of this office for collection and processing of correspondence for hand delivery, and they are deposited that same day in the ordinary course of business.

On July 16, 2008, I served the attached:

**STIPULATION AND [PROPOSED] ORDER VACATING JULY 15, 2008 ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTION AND REGARDING STAY OF EFFECTIVE DATE**

☒ (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

Tara Steeley, Deputy City Attorney
Francesca Gressner, Deputy City Attorney
San Francisco City Attorney's Office
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4682

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 16, 2008, at San Francisco, California.

Kendra R. Thompson

1

PROOF OF SERVICE