SCOTT PASTERNACK (California State Bar No. 202111)
NEW YORK CITY LAW DEPARTMENT
Michael A. Cardozo, Corporation Counsel
100 Church Street
New York, New York 10007
(212) 676-8517
Facsimile: (212) 788-1054
spastern@law.nyc.gov

Attorney for Amicus Curiae
The City of New York

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

------------------------------------------------------------------------ x

CALIFORNIA RESTAURANT ASSOCIATION,

                                            Plaintiff,

                    -against-

THE CITY AND COUNTY OF SAN FRANCISCO, and
THE SAN FRANCISCO DEPARTMENT FO HEALTH

                                            Defendants.

------------------------------------------------------------------------ x

**CASE NO. CV-08-3247CW**

**STIPULATION AND ORDER
GRANTING THE CITY OF
NEW YORK LEAVE TO
FILE AN AMICUS BRIEF**

**(Civil Local Rule 7.12)**

## STIPULATION

WHEREAS, plaintiff California Restaurant Association ("plaintiff") has filed a Complaint against the City and County of San Francisco and the San Francisco Department of Public Health ("defendants") challenging Ordinance 40-08 ("the Ordinance"), which requires restaurants in San Francisco with twenty or more establishments in the State of California to display certain nutritional information on menu boards and menus in a manner prescribed by the Ordinance;

WHEREAS, plaintiff has filed a Motion for Declaratory Relief and a Preliminary Injunction ("Motion") challenging the Ordinance;

WHEREAS, the New York State Restaurant Association ("NYSRA") has challenged New York City Health Code Section 81.50 which requires restaurants which have 15 or more establishments nation-wide to post calorie information on their menus and menu boards and the NYSRA's appeal from the order of District Court for the Southern District of New York denying its motion for declaratory and preliminary injunctive relief is sub judice;

WHEREAS, the City of New York seeks permission to file an amicus brief in support of the defendants in this proceeding and whereas other governmental entities and associations may join or sign onto the City of New York's amicus brief;

WHEREAS, the City of New York believes that its experience implementing New York City Health Code Section 81.50 – the only menu labeling law to be implemented in the United States to date - may assist the Court in resolving the issues presented in plaintiff's Motion;

WHEREAS, plaintiff has consented to the City of New York's request for leave to file an amicus brief, on the condition that the City of New York files its brief on or before the date that defendants file their opposition to plaintiff's motion;

WHEREAS, defendants have consented to the City of New York's request for leave to file an amicus brief;

IT IS HEREBY STIPULATED AND AGREED, by and among the City of New York, plaintiff and defendants, subject to the approval of the Court, that:

1.    The City of New York is granted leave to file an amicus brief on behalf of the City of New York and other governmental entities and associations  in support of the defendants in response to plaintiff's Motion.

2.    The City of New York's amicus brief shall be served and filed on or before July 31, 2008.

**So Stipulated:**

Dated: July 17, 2008                          Dated: July 16, 2008

NEW YORK CITY LAW DEPARTMENT        ARNOLD   &   PORTER   LLP
Michael A. Cardozo,
Corporation Counsel of the City of New York

By: /s/ (Scott Pasternack)                    By:  /s/  (Nancy Milburn)
    Scott Pasternack                              Nancy G. Milburn
    Attorney for the City of New York             (appearing pro hac vice)
  100 Church Street                               Attorney for Plaintiff
  New York, New York 10007                        399 Park Avenue
   (212) 676-8517                                 New York, New York 10022
  Fax:  (212) 788-1054                            (212)715-1000
    spastern@law.nyc                               Fax: (212) 715-1399
                                                  nancy.milburn@aporter.com

STIPULATION AND [PROPOSED] ORDER GRANTING THE CITY LEAVE TO FILE AN AMICUS BRIEF.
Case No. CV-08-3247CW.

Dated:  July 17 , 2008

DENNIS J. HERRERA
City Attorney

By:  /s/  (Francesca Gessner)
Francesca Gessner
Deputy City Attorney
Attorney for Defendants
1 Dr. Carlton B. Goodlett Place, Room 234
San Francisco, California 94102-4682
(415) 554-4762
Fax: (415) 554-4699
Francesca.gessner@sfgov.org

STIPULATION AND [PROPOSED] ORDER GRANTING THE CITY LEAVE TO FILE AN AMICUS BRIEF.
Case No. CV-08-3247CW.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED:**

**7/23/08**

Dated: _____

_____
THE HONORABLE CLAUDIA WILKEN

STIPULATION AND [PROPOSED] ORDER GRANTING THE CITY LEAVE TO FILE AN AMICUS BRIEF.
Case No. CV-08-3247CW.

## SIGNATURE ATTESTATION

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document**

STIPULATION AND [PROPOSED] ORDER GRANTING THE CITY LEAVE TO FILE AN AMICUS BRIEF.
Case No. CV-08-3247CW.