# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA RESTAURANT ASSOCIATION,

        *Plaintiff*,

v.

THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,

        *Defendants.*

Case No. Civ-08-3247 CW

# [PROPOSED] ORDER

The motion of U.S. Representative Henry Waxman, David Kessler, M.D., Public Citizen, Center for Science in the Public Interest, American College of Preventive Medicine, American Diabetes Association, California Center for Public Health Advocacy, Trust for America's Health, and Professors of Medicine, Nutrition, and Public Health for leave to file a brief as *amici curiae* is HEREBY GRANTED.

SO ORDERED.

Dated:     August _____, 2008

_____
The Honorable Claudia Wilken,
United States District Judge