Scott A. Kronland (SBN 171693)
Barbara J. Chisholm (SBN 224656)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 360-8064
E-mail: skronland@altber.com
E-mail: bchisholm@altber.com

Robert Post (SBN 111917)
David Boies Professor of Law
YALE LAW SCHOOL
P.O. Box 208215
New Haven, CT 06520
Telephone: (203) 432-4946
Facsimile: (203) 432-1040
Email: Robert.Post@yale.edu

*Attorneys for* Amici Curiae *Robert Post,
Jennifer L. Pomeranz, and Kelly D. Brownell*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIFORNIA RESTAURANT ASSOCIATION,**<br><br>Plaintiff,<br><br>v.<br><br>**THE CITY AND COUNTY OF SAN FRANCISCO** and **THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,**<br><br>Defendants. | Case No. CV-08-3247CW<br><br>**UNOPPOSED MOTION OF PROFESSOR ROBERT POST OF YALE LAW SCHOOL, AND JENNIFER L. POMERANZ AND KELLY D. BROWNELL OF THE RUDD CENTER FOR FOOD POLICY AND OBESITY AT YALE UNIVERSITY FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTION**<br><br>**Date: September 4, 2008**<br>**Time: 9 a.m.**<br>**Judge: Claudia Wilken**<br>**Location: Courtroom 2** |

1     Pursuant to Local Rule 7-11, Professor Robert Post, Jennifer L. Pomeranz, and Kelly D. Brownell (collectively, "amici") hereby move this Court for an order allowing them to file a brief as *amici curiae* in support of Defendants and in opposition to Plaintiff's Motion for Declaratory Relief and a Preliminary Injunction.

    This motion for leave to file is unopposed. Amici sought and received consent from both parties, through their respective counsel, to file this *amicus* brief.

    Amici believe their brief will aid the Court in its consideration of the legal issues raised in Plaintiff's Motion for Declaratory Relief and Preliminary Injunction. In particular, the proposed *amicus curiae* brief addresses the First Amendment issues presented by this case.

    Amici have significant experience with menu labeling ordinances such as San Francisco's, and considerable expertise on the constitutional status of commercial speech. Robert Post, J.D., Ph.D., is the David Boies Professor of Law at Yale University Law School. He is one of the nation's preeminent First Amendment scholars and has contributed and edited numerous books and authored over 80 law review articles, including: *Transparent and Efficient Markets: Compelled Commercial Speech and Coerced Commercial Association in* United Foods, Zauderer, *and* Abood," 40 Valparaiso U. Law Rev. 555 (2006); *Compelled Subsidization of Speech:* Johanns v. Livestock Marketing Association, 2005 Supreme Court Rev. 195 (2005); and *The Constitutional Status of Commercial Speech*, 48 UCLA Law Rev. 1 (2000). Amicus Post is a key advisor to the Rudd Center for Food Policy and Obesity at Yale University ("Rudd Center").

    Jennifer L. Pomeranz, J.D., M.P.H., is the Director of Legal Initiatives at the Rudd Center and has worked extensively on implementing, defending, and supporting menu labeling legislation across the country.

    Kelly D. Brownell, Ph.D., is the Director of the Rudd Center and is a professor in the Department of Psychology at Yale University, where he also serves as Professor of Epidemiology and Public Health. Amicus Brownell has published 14 books and more than 300 scientific articles and chapters.

1  In light of the fact that this motion is unopposed, and for good cause shown, amici
2  respectfully request that the Court grant their motion for leave to file a brief as *amici curiae*.

3  Dated: July 31, 2008                              Respectfully submitted,

   /s/ Barbara J. Chisholm____

   Scott A. Kronland (SBN 171693)
   Barbara J. Chisholm (SBN 224656)
   ALTSHULER BERZON LLP
   177 Post Street, Suite 300
   San Francisco, CA 94108
   Telephone: (415) 421-7151
   Facsimile: (415) 360-8064
   E-mail: skronland@altber.com
   E-mail: bchisholm@altber.com

   Robert Post (SBN 111917)
   David Boies Professor of Law
   YALE LAW SCHOOL
   P.O. Box 208215
   New Haven, CT 06520
   Telephone: (203) 432-4946
   Facsimile: (203) 432-1040
   Email: Robert.Post@yale.edu

   *Attorneys for* Amici Curiae *Robert Post, Jennifer L. Pomeranz, and Kelly D. Brownell*