**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br><br>    Defendants. | Case No. CV-08-3247CW<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTION<br><br>Date: September 4, 2008<br>Time: 9 a.m.<br>Judge: Claudia Wilken<br>Location: Courtroom 2 |

1  For good cause shown, the Court grants the Unopposed Motion of Robert Post, Jennifer
2  L. Pomeranz, and Kelly D. Brownell for Leave to File Brief as *Amici Curiae* in Support of
3  Defendants and in Opposition to Plaintiff's Motion for Declaratory Relief and Preliminary
4  Injunction.

5  IT IS SO ORDERED.

6  Dated:_____    _____
7  THE HONORABLE CLAUDIA WILKEN
   UNITED STATES DISTRICT JUDGE