# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, | Case No. CV-08-3247CW |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTION |
| v. | |
| THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, | |
| Defendants. | Date: September 4, 2008<br>Time: 9 a.m.<br>Judge: Claudia Wilken<br>Location: Courtroom 2 |

---

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
Case No. CV-08-3247CW

1    For good cause shown, the Court grants the Unopposed Motion of Robert Post, Jennifer
2 L. Pomeranz, and Kelly D. Brownell for Leave to File Brief as *Amici Curiae* in Support of
3 Defendants and in Opposition to Plaintiff's Motion for Declaratory Relief and Preliminary
4 Injunction.
5    IT IS SO ORDERED.

6    8/4/08

7 Dated:_____    _____
                                            THE HONORABLE CLAUDIA WILKEN
8                                           UNITED STATES DISTRICT JUDGE