IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br>        *Plaintiff,*<br><br>    v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br>        *Defendants.* | Case No. Civ-08-3247 CW |

**ORDER**

The motion of U.S. Representative Henry Waxman, David Kessler, M.D., Public Citizen, Center for Science in the Public Interest, American College of Preventive Medicine, American Diabetes Association, California Center for Public Health Advocacy, Trust for America's Health, and Professors of Medicine, Nutrition, and Public Health for leave to file a brief as *amici curiae* is HEREBY GRANTED.

SO ORDERED.

Dated:      August __4___, 2008

_____
The Honorable Claudia Wilken,
United States District Judge