ANN MILLER RAVEL, County Counsel (S.B. #62139)
MIGUEL MARQUEZ, Assistant County Counsel (S.B. #184621)
TAMARA LANGE, Lead Deputy County Counsel (S.B. #177949)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA and SANTA
CLARA COUNTY PUBLIC HEALTH
DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br><br>　　　　Defendants. | No. CV-08-3247CW |
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE COUNTY OF SANTA CLARA and THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT,<br><br>　　　　Defendants. | No. C08-03685 RS<br><br>**DECLARATION OF TAMARA LANGE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

///

Declaration of Tamara Lange in Support
of Administrative Motion to Consider
Whether Cases Should Be Related　　　　1　　　　CV-08-3247CW

I, TAMARA LANGE, do declare that:

1. I have personal knowledge of all of the matters stated herein and could testify truthfully thereto if called to testify.

2. I am a Lead Deputy County Counsel with the Office of the County Counsel for the County of Santa Clara and am licensed to practice in all the courts of the State of California. I represent defendants COUNTY OF SANTA CLARA and SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT in this action.

3. On August 4, 2008, I spoke with Sarah Esmaili of Arnold & Porter LLP, counsel for Plaintiff California Restaurant Association (CRA). I asked whether CRA would stipulate to a proposed order relating the cases. Ms. Esmaili asked in that conversation whether the County of Santa Clara would agree to delay the September 1, 2008 effective date of Santa Clara County Ordinance No. NS-300.793 (the Ordinance). I explained that only the Board of Supervisors (Board) can delay the effective date of duly-enacted local laws, including the Ordinance, and that the Board is not in session again until August 12, 2008.

4. In a further conversation on August 5, 2008, Ms. Esmaili informed me that CRA would be unable to stipulate to relation of the two cases because doing so would create a 10-day period for decision on the motion to relate, which would in turn delay CRA's ability to obtain a Court order setting an expedited briefing schedule on their motion for a preliminary injunction.

5. In that same conversation on August 5, 2008, I explained to Ms. Esmaili that, given the voluminous material submitted in support of their motion and the very recent filing of the litigation, to prepare effectively to file opposition papers, I would need substantially more time than the three days CRA proposed in their briefing schedule. I further explained that Public Health Director Martin Fensterscheib, M.D. is out of the office this week and will not be

/ / /
/ / /
/ / /
/ / /
/ / /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Declaration of Tamara Lange in Support
of Administrative Motion to Consider
Whether Cases Should Be Related         2         CV-08-3247CW

1 | available to provide the substantive factual and medical information essential to his expert
2 | declaration in support of Defendants' opposition to CRA's motion for a preliminary injunction.
3 |     I declare under penalty of perjury under the laws of the State of California that the
4 | foregoing is true and correct. Executed at San Jose, California on August 5, 2008.

TAMARA LANGE

138071.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Declaration of Tamara Lange in Support
of Administrative Motion to Consider
Whether Cases Should Be Related    3    CV-08-3247CW