IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, | No. C 08-3247 CW |
|       Plaintiff, | |
| | ORDER CONCERNING HEARING ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION |
|   v. | |
| THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, | |
|       Defendants. | |
| _____/ | |

The Court has ordered that Plaintiff's motion for a preliminary injunction in the related case of California Restaurant Association v. County of Santa Clara, No. C 08-3685 CW, will be heard on August 28, 2008 at 2:00 p.m. Because the issues raised by that motion are identical to the issues raised by Plaintiff's motion for a preliminary injunction in the present case, Defendants may, if they wish, choose to appear and be heard at the August 28 hearing. In this event, the hearing presently scheduled for September 4, 2008 will be vacated. Should Defendants wish to appear at the August 28 hearing, they must file a notice with the Court indicating their decision by August 21.

IT IS SO ORDERED.

Dated: August 15, 2008

_____
CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California