1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   FRANCESCA GESSNER, State Bar #247553
3  TARA M. STEELEY, State Bar #231775
   Deputy City Attorneys
4  1 Dr. Carlton B. Goodlett Place
   City Hall, Room 234
5  San Francisco, California 94102-4682
   Telephone:    (415) 554-4762
6  Facsimile:    (415) 554-4699
   E-Mail:        francesca.gessner@sfgov.org

7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9

10                  UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13

14  CALIFORNIA RESTAURANT                 Case No. C08-3247 CW
    ASSOCIATION,
15                                        **DECLARATION OF TARA STEELEY
              Plaintiff,                  SUPPORTING SAN FRANCISCO'S
16                                        OPPOSITION TO PLAINTIFF'S
        vs.                               LETTER REQUEST FOR
17                                        ENLARGEMENT OF PAGE LIMIT
    THE CITY AND COUNTY OF SAN            FOR REPLY MEMORANDUM**
18  FRANCISCO AND THE SAN
    FRANCISCO DEPARTMENT OF
19  PUBLIC HEALTH,

20            Defendants.

21  ────────────────────────────
    CALIFORNIA RESTAURANT                 Case No. C08-3685 CW
22  ASSOCIATION,                               (Related with above case)

23            Plaintiff,

24      vs.

25  THE COUNTY OF SANTA CLARA
    AND THE SANTA CLARA COUNTY
26  PUBLIC HEALTH DEPARTMENT,

27            Defendants.

28
    ────────────────────────────
    DEC. SUPPORTING OPP. TO LETTER REQUEST              n:\govlit\li2008\090033\00504305.doc
    CASE NO.  C08-3247 CW; CASE NO. 08-3685 CW

1        I, Tara M. Steeley, declare as follows:

2        I am a Deputy City Attorney for the City and County of San Francisco ("San Francisco"). I

3 am a member in good standing of the bar of this Court. I have personal knowledge of the matters

4 stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

5        1.     I participated in the negotiations with counsel for the California Restaurant

6 Association ("CRA") which resulted in the stipulation filed with this Court on July 3, 2008. Although

7 the parties contemplated and discussed that the same parties who submitted *amicus* briefs in the New

8 York menu labeling litigation would likely also file similar *amicus* briefs supporting San Francisco,

9 counsel for CRA at no time requested additional pages for CRA's reply brief.

10        2.     On August 18, 2008, I received a voicemail message from Sarah Esmaili, counsel for

11 CRA, asking if San Francisco would stipulate to allowing CRA forty (40) pages for their reply brief

12 opposing San Francisco's 35-page opposition brief. This was the first time CRA contacted counsel

13 for San Francisco to request additional pages for their reply brief. After I returned Ms. Esmaili's call,

14 I spoke to Trent Norris, counsel for CRA. I asked Mr. Norris why CRA needed 40 pages for a reply

15 brief given that the opening and opposition briefs were only 35 pages long, and he was requesting 25

16 pages more than the limit provided under the local rules. Mr. Norris stated that they wanted

17 additional pages because of the number of pages filed by the *amici* supporting San Francisco. I stated

18 that I did not understand why the number of *pages* filed the amici was relevant given that the amici

19 did not make any new arguments that CRA did not anticipate when filing their opening brief or that

20 San Francisco did not also make in its opposition brief. Because the amici did not submit new

21 arguments, I explained that I thought CRA could respond to the arguments made by San Francisco

22 and its amici together in a reply brief of a reasonable length such as twenty (20) or twenty-five (25)

23 pages. Mr. Norris did not disagree or identify any new or unexpected arguments in the amicus briefs

24 that were not already addressed in CRA's moving papers or in San Francisco's opposition brief.

25        3.     On August 19, 2008, I received an email from Nancy Milburn, counsel for CRA. The

26 email, addressed to myself and counsel for the County of Santa Clara, asked us both to stipulate to

27 allowing CRA to file a 45-page consolidated reply brief. Ms. Milburn did not offer any explanation

28

1    for why CRA needed such a long reply brief.  Attached as Exhibit A is a true and correct copy of the

2    email I received from Ms. Milburn.

3        4.    I responded to Ms. Milburn later that same day.  In my response, I stated that "[g]iven

4    the identical legal issues and nearly identical factual issues presented in your motions, we do not see

5    (and you have not explained) why you need 45 pages for your consolidated reply brief.   Accordingly,

6    San Francisco will not stipulate to allowing you to file a 45-page reply.  However, we would be

7    willing to stipulate to 25 pages for your consolidated reply brief."  Attached as Exhibit B is a true and

8    correct copy of the email I sent to Ms. Milburn on August 19, 2008.   Counsel for CRA did not

9    respond to my email.

10       5.    Counsel for the County of  Santa Clara similarly refused to stipulate to allowing CRA

11   45-pages for their reply brief, citing the "the nearly-identical overlap of legal and factual issues

12   between the cases."  Counsel for Santa Clara also offered to stipulate to 25 pages for CRA's

13   consolidated reply brief.  Attached as Exhibit C is a true and correct copy of the email I received from

14   Counsel for the County of Santa Clara in response to Ms. Milburn's email.

15       I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and

16   correct to the best of my knowledge.

17

18   Executed on August 20, 2008

19

20                    By:_____/s/_____

21                         Tara M. Steeley

22                         Attorney for Defendant
                           CITY AND COUNTY OF SAN FRANCISCO

23

24

25

26

27

28

**EXHIBIT A**



**Nancy_Milburn@aporter.com**
08/19/2008 09:22 AM

To  tara.steeley@sfgov.org, francesca.gessner@sfgov.org,
tamara.lange@cco.sccgov.org,
miguel.marquez@cco.sccgov.org

cc  Trent.Norris@aporter.com, Sarah.Esmaili@aporter.com

bcc

Subject  CRA v. County of Santa Clara; CRA v. County of San
Francisco

Greetings:

We are in receipt of Assistant County Counsel's Miguel Marquez's letter of yesterday advising the Court
that the County of Santa Clara and the County of San Francisco have no objection to the filing by the
California Restaurant Association of a consolidated reply brief in both cases on August 22, 2008. We
appreciate your consideration in that matter. Please advise me today by 12:00 p.m. Pacific time whether
the County of Santa Clara and the County of San Francisco will each agree to our filing a consolidated
reply brief of no more than 45 pages. If defendants in both cases will not consent to this page limit
request, we will asking the Court for that relief today. Also if defendants in the San Francisco case have
decided whether they wish to appear and be heard at the August 28 hearing scheduled in the Santa Clara
case and have the September 4 hearing vacated, pursuant to the Court's August 15, 2008 Order
Concerning Hearing on Plaintiff's Motion for A Preliminary Injunction, please let us know.

**EXHIBIT B**



**Tara Steeley/CTYATT**
08/19/2008 11:27 AM

To Nancy_Milburn@aporter.com

cc francesca.gessner@sfgov.org, Sarah.Esmaili@aporter.com, tamara.lange@cco.sccgov.org, Trent.Norris@aporter.com, Miguel.Marquez@cco.sccgov.org

bcc

Subject Re: CRA v. County of Santa Clara; CRA v. County of San Francisco

Nancy,

Given the identical legal issues and nearly identical factual issues presented in your motions, we do not see (and you have not explained) why you need 45 pages for your consolidated reply brief. Accordingly, San Francisco will not stipulate to allowing you to file a 45-page reply. However, we would be willing to stipulate to 25 pages for your consolidated reply brief.

San Francisco intends to participate in the hearing currently scheduled for August 28th.

Thanks,

Tara M. Steeley, Deputy City Attorney
Office of the City Attorney
City and County of San Francisco
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4682
Telephone 415-554-4655
Facsimile 415-554-4699
Tara.Steeley@sfgov.org

CONFIDENTIAL COMMUNICATION
This message is subject to an attorney-client privilege and/or attorney work product privilege and must not be disclosed. If you received this e-mail inadvertently, please permanently delete it.
Miguel.Marquez@cco.sccgov.org



**Miguel.Marquez@cco.sccgov.org**
08/19/2008 10:39 AM

To Nancy_Milburn@aporter.com

cc francesca.gessner@sfgov.org, Sarah.Esmaili@aporter.com, tamara.lange@cco.sccgov.org, tara.steeley@sfgov.org, Trent.Norris@aporter.com

Subject Re: CRA v. County of Santa Clara; CRA v. County of San Francisco

The County of Santa Clara does not consent to a 45-page reply, but would be willing to consider something more than the 15-page limit set forth in Civil Local Rule 7-3 since CRA will be filing a consolidated reply. Given the nearly-identical overlap of legal and factual issues between the cases, we would be willing to stipulate to a 25-page limit on CRA's consolidated reply.

Miguel Márquez
Assistant County Counsel

Santa Clara County Counsel's Office
ph (408) 299-5936
fax (408) 292-7240

The information in this email is confidential and may be protected by the attorney-client and/or work product privileges. If you are not the intended recipient of this email or received this email inadvertently, please delete it

Nancy_Milburn@aporter.com

08/19/2008 09:22 AM

To    tara.steeley@sfgov.org, francesca.gessner@sfgov.org, tamara.lange@cco.sccgov.org, miguel.marquez@cco.sccgov.org

cc    Trent.Norris@aporter.com, Sarah.Esmaili@aporter.com

Subject    CRA v. County of Santa Clara; CRA v. County of San Francisco

Greetings:

We are in receipt of Assistant County Counsel's Miguel Marquez's letter of yesterday advising the Court that the County of Santa Clara and the County of San Francisco have no objection to the filing by the California Restaurant Association of a consolidated reply brief in both cases on August 22, 2008. We appreciate your consideration in that matter. Please advise me today by 12:00 p.m. Pacific time whether the County of Santa Clara and the County of San Francisco will each agree to our filing a consolidated reply brief of no more than 45 pages. If defendants in both cases will not consent to this page limit request, we will asking the Court for that relief today. Also if defendants in the San Francisco case have decided whether they wish to appear and be heard at the August 28 hearing scheduled in the Santa Clara case and have the September 4 hearing vacated, pursuant to the Court's August 15, 2008 Order Concerning Hearing on Plaintiff's Motion for A Preliminary Injunction, please let us know.

**EXHIBIT C**



| | Miguel.Marquez@cco.sccgov.org<br>08/19/2008 10:39 AM | To | Nancy_Milburn@aporter.com |
|---|---|---|---|
| | | cc | francesca.gessner@sfgov.org, Sarah.Esmaili@aporter.com, tamara.lange@cco.sccgov.org, tara.steeley@sfgov.org, Trent.Norris@aporter.com |
| | | bcc | |
| | | Subject | Re: CRA v. County of Santa Clara; CRA v. County of San Francisco |

History:        🔁 This message has been replied to.

The County of Santa Clara does not consent to a 45-page reply, but would be willing to consider something more than the 15-page limit set forth in Civil Local Rule 7-3 since CRA will be filing a consolidated reply. Given the nearly-identical overlap of legal and factual issues between the cases, we would be willing to stipulate to a 25-page limit on CRA's consolidated reply.

Miguel Márquez
Assistant County Counsel
Santa Clara County Counsel's Office
ph (408) 299-5936
fax (408) 292-7240

The information in this email is confidential and may be protected by the attorney-client and/or work product privileges. If you are not the intended recipient of this email or received this email inadvertently, please delete it

| | Nancy_Milburn@aporter.com<br>08/19/2008 09:22 AM | To | tara.steeley@sfgov.org, francesca.gessner@sfgov.org, tamara.lange@cco.sccgov.org, miguel.marquez@cco.sccgov.org |
|---|---|---|---|
| | | cc | Trent.Norris@aporter.com, Sarah.Esmaili@aporter.com |
| | | Subject | CRA v. County of Santa Clara; CRA v. County of San Francisco |

Greetings:

We are in receipt of Assistant County Counsel's Miguel Marquez's letter of yesterday advising the Court that the County of Santa Clara and the County of San Francisco have no objection to the filing by the California Restaurant Association of a consolidated reply brief in both cases on August 22, 2008. We appreciate your consideration in that matter. Please advise me today by 12:00 p.m. Pacific time whether the County of Santa Clara and the County of San Francisco will each agree to our filing a consolidated reply brief of no more than 45 pages. If defendants in both cases will not consent to this page limit request, we will asking the Court for that relief today. Also if defendants in the San Francisco case have decided whether they wish to appear and be heard at the August 28 hearing scheduled in the Santa Clara case and have the September 4 hearing vacated, pursuant to the Court's August 15, 2008 Order Concerning Hearing on Plaintiff's Motion for A Preliminary Injunction, please let us know.