UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>        Plaintiff,<br><br>  vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO AND THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br><br>        Defendants. | Case No. C08-3247 CW<br><br>**[PROPOSED] ORDER ON MANAGEMENT OF RELATED CASES AND DENYING PLAINTIFF'S REQUEST FOR ENLARGEMENT OF PAGE LIMIT FOR REPLY BRIEF** |
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>        Plaintiff,<br><br>  vs.<br><br>THE COUNTY OF SANTA CLARA AND THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT,<br><br>        Defendants. | Case No. C08-3685 CW<br>    (Related with above case) |

1   WHEREAS the above-captioned cases have been designated as related matters, and

2   WHEREAS it is in the interest of judicial economy to coordinate the filings submitted by all
3   parties to these matters,

4   NOW, THEREFORE, **IT IS HEREBY ORDERED**:

5   1. Plaintiff shall submit one consolidated reply memorandum, in further support of its
6   motion for declaratory relief and a preliminary injunction, in response to all filings
7   submitted by the defendants in the related matters.

8   2. Plaintiff's consolidated reply memorandum shall be submitted on August 22, 2008.

9   3. Plaintiff's request for an enlargement of the page limit for its consolidated reply
10   memorandum to forty-five pages in length is denied.

11   4. Pursuant to this Court's Order Concerning Hearing On Plaintiff's Motion for a
12   Preliminary Injunction, dated August 15, 2008, oral argument shall be held on the
13   related matters on August 28, 2008 at 2:00 pm, and all parties shall appear and be
14   heard. Pursuant to that same Order, the hearing presently scheduled for September 4,
15   2008, in Case No. CV-08-03247 is vacated.

17   IT IS SO ORDERED:

19   Dated: _____

CLAUDIA WILKEN
United States District Court Judge

[PROPOSED] ORDER ON MANAGEMENT OF
RELATED CASES & REPLY BR. PAGE LIMIT
CASE NOS. C08-3247(CW) & C08-3685 (CW)

1

n:\govlit\li2008\090033\00504304.doc