DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
FRANCESCA GESSNER, State Bar #247553
TARA M. STEELEY, State Bar #231775
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:     (415) 554-4762
Facsimile:     (415) 554-4699
E-Mail:        francesca.gessner@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO AND THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br><br>Defendants. | Case No. C08-3247 CW<br><br>**NOTICE OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S INTENT TO APPEAR AT AUGUST 28, 2008 HEARING ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>THE COUNTY OF SANTA CLARA AND THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT,<br><br>Defendants. | Case No. C08-3685 CW<br>(Related with above case) |

DEF. NOTICE OF INTENT TO APPEAR
CASE NOS. C08-3247 CW & C08-3685 CW

n:\govlit\li2008\090033\00504323.doc

1 | In its Order Concerning Hearing on Plaintiff's Motion For A Preliminary Injunction dated August 15, 2008, this Court instructed Defendant City and County of San Francisco ("San Francisco") to notify this Court if it wishes to appear and be heard at the August 28, 2008 hearing on Plaintiff's motion for a preliminary injunction in the related case of *California Restaurant Association v. County of Santa Clara*, No. C 08-3685 CW (the "Santa Clara case").

Because the issues raised in Plaintiff's preliminary injunction motion in the Santa Clara case are identical to the issues raised in Plaintiff's preliminary injunction motion in *California Restaurant Association v. City and County of San Francisco*, No. C 08-3247 CW (the "San Francisco case"), San Francisco hereby notifies the Court that it wishes to appear and be heard on Plaintiff's motion in the San Francisco case at the August 28, 2008 hearing. Accordingly, San Francisco requests that the hearing presently scheduled for September 4, 2008 be vacated.

Dated:  August 20, 2008

>                         DENNIS J. HERRERA
>                         City Attorney
>                         WAYNE SNODGRASS
>                         FRANCESCA GESSNER
>                         TARA M. STEELEY
>                         Deputy City Attorneys
>
>
>                         By: _____/s/_____
>                              FRANCESCA GESSNER
>
>                         Attorneys for Defendant
>                         CITY AND COUNTY OF SAN FRANCISCO