1
2
3
4
5

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>    Plaintiff,<br>  v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br><br>    Defendants. | Case No. CV-08-03247 (CW), and<br>Case No. CV-08-03685 (CW)<br><br>**ORDER ON MANAGEMENT OF RELATED CASES**<br><br>The Honorable Claudia Wilken<br><br>Complaints filed: July 3 and July 22, 2008, respectively |
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>    Plaintiff,<br>  v.<br><br>THE COUNTY OF SANTA CLARA and THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT,<br><br>    Defendants. | |

1
2  WHEREAS the above-captioned cases have been designated as related matters, and
3  WHEREAS it is in the interest of judicial economy to coordinate the filings submitted by
4  all parties to these matters,
5  NOW, THEREFORE, **IT IS HEREBY ORDERED**:
6  1. Plaintiff shall submit one consolidated reply memorandum, in further support of
7     its motion for declaratory relief and a preliminary injunction, in response to all
8     filings submitted by the defendants and *amici* in the related matters.
9  2. Plaintiff's consolidated reply memorandum shall be submitted on August 22,
10    2008.
11 3. Plaintiff's consolidated reply memorandum shall not exceed forty-five pages in
12    length, exclusive of the caption page, table of contents, table of authorities,
13    declarations, and exhibits.
14 4. Pursuant to this Court's Order Concerning Hearing on Plaintiff's Motion for a
15    Preliminary Injunction, dated August 15, 2008, oral argument shall be held on the
16    related matters on August 28, 2008 at 2:00 PM, and all parties shall appear and be
17    heard. Pursuant to that same Order, the hearing presently scheduled for
18    September 4, 2008, in Case No. CV-08-03247 is vacated.
19
20 IT IS SO ORDERED:
21         8/20/08
22 DATED: _____
23
24                                        _____
                                          UNITED STATES DISTRICT COURT JUDGE
25
26
27
28

- 1 -