1

2

3

4

5

6                         **UNITED STATES DISTRICT COURT**

7                        **NORTHERN DISTRICT OF CALIFORNIA**

8                               **OAKLAND DIVISION**

9   )

10  CALIFORNIA RESTAURANT                    )
    ASSOCIATION,                             )

11                                           )
                    Plaintiff,               )

12       v.                                  )
                                             )  Case No. CV-08-03247 (CW), and
13  THE CITY AND COUNTY OF SAN               )  Case No. CV-08-03685 (CW)
    FRANCISCO and THE SAN FRANCISCO          )
    DEPARTMENT OF PUBLIC HEALTH,             )
14                                           )  **ORDER ON MANAGEMENT OF**
                                             )  **RELATED CASES**
15                  Defendants.              )
                                             )

16  _____ )
                                             )  The Honorable Claudia Wilken
17  CALIFORNIA RESTAURANT                    )
    ASSOCIATION,                             )  Complaints filed:  July 3 and July 22, 2008,
18                                           )                    respectively
                    Plaintiff,               )

19       v.                                  )
                                             )
20  THE COUNTY OF SANTA CLARA and            )
    THE SANTA CLARA COUNTY PUBLIC            )
21  HEALTH DEPARTMENT,                       )
                                             )

22                  Defendants.              )
                                             )

23  _____ )

24

25

26

27

28

---

RELATED CASE NOS. CV-08-03247 (CW)  & CV-08-03685 (CW)
[PROPOSED] ORDER ON MANAGEMENT OF RELATED CASES

1

2    WHEREAS the above-captioned cases have been designated as related matters, and

3    WHEREAS it is in the interest of judicial economy to coordinate the filings submitted by

4    all parties to these matters,

5    NOW, THEREFORE, **IT IS HEREBY ORDERED**:

6    1.  Plaintiff shall submit one consolidated reply memorandum, in further support of

7        its motion for declaratory relief and a preliminary injunction, in response to all

8        filings submitted by the defendants and *amici* in the related matters.

9    2.  Plaintiff's consolidated reply memorandum shall be submitted on August 22,

10        2008.

11    3.  Plaintiff's consolidated reply memorandum shall not exceed forty-five pages in

12        length, exclusive of the caption page, table of contents, table of authorities,

13        declarations, and exhibits.

14    4.  Pursuant to this Court's Order Concerning Hearing on Plaintiff's Motion for a

15        Preliminary Injunction, dated August 15, 2008, oral argument shall be held on the

16        related matters on August 28, 2008 at 2:00 PM, and all parties shall appear and be

17        heard.  Pursuant to that same Order, the hearing presently scheduled for

18        September 4, 2008, in Case No. CV-08-03247 is vacated.

19

20    IT IS SO ORDERED:

21        8/20/08

22    DATED:  _____

23

24    _____

        UNITED STATES DISTRICT COURT JUDGE

25

26

27

28

RELATED CASE NOS. CV-08-03247 (CW)  & CV-08-03685 (CW)
[PROPOSED] ORDER ON MANAGEMENT OF RELATED CASES

1

2                                                         - 1 -

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28