# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>          Plaintiff,<br>  v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br><br>          Defendants.<br><br>CALIFORNIA RESTAURANT ASSOCIATION,<br><br>          Plaintiff,<br>  v.<br><br>THE COUNTY OF SANTA CLARA and THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT,<br><br>          Defendants. | Case No. CV-08-03247 (CW), and<br>Case No. CV-08-03685 (CW)<br><br>**ORDER RESCHEDULING HEARING ON PLAINTIFF'S MOTIONS FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTION AND STAYING ENFORCEMENT OF SANTA CLARA COUNTY ORDINANCE**<br><br>The Honorable Claudia Wilken<br><br>Complaints filed: July 3 and July 22, 2008, respectively |

---

RELATED CASE NOS. CV-08-03247 (CW)  & CV-08-03685 (CW)
[PROPOSED] ORDER RESCHEDULING HEARING ON PLAINTIFF'S MOTIONS FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION AND STAYING ENFORCEMENT OF ORDINANCE

1

2   WHEREAS, on August 20, 2008, the Court ordered that the hearing Plaintiff's Motions

3   for Declaratory Relief and a Preliminary Injunction ("Motions") in each of the related actions

4   take place on August 28, 2008 at 2:00 p.m.;

5   WHEREAS there is a bill currently pending in the California Legislature, Senate Bill

6   1420, the enactment of which may affect the need for a hearing on Plaintiff's Motions;

7   WHEREAS, the California Legislature must act on Senate Bill 1420 by August 31, 2008;

8   and

9   WHEREAS Defendants The County of Santa Clara and the Santa Clara County Public

10   Health Department have agreed, as stated in their August 25, 2008 letter to the Court, to

11   postpone enforcement provisions (i.e., no fines or penalties will be imposed) of Ordinance No.

12   NS-300.793 amending Division A18 of the Santa Clara County Ordinance Code (the

13   "Ordinance");

14   NOW, THEREFORE, **IT IS HEREBY ORDERED**:

15   1. The hearing on Plaintiff's Motions in the related actions shall take place on

16   **September 11, 2008 at 2:00 p.m.** The hearing presently scheduled for August 28,

17   2008 at 2:00 p.m. is hereby vacated.

18   2. Enforcement of fines and penalties under the Ordinance shall be stayed until

19   October 14, 2008 without prejudice as to Plaintiff's right to seek a further stay

20   and the right of Defendants in Case No. CV-08-03685 to oppose any further stay.

21

22   IT IS SO ORDERED:

23       8/26/08

24   DATED: _____

25

26   _____
    UNITED STATES DISTRICT COURT JUDGE

27

28

---

RELATED CASE NOS. CV-08-03247 (CW) & CV-08-03685 (CW)
[PROPOSED] ORDER RESCHEDULING HEARING ON PLAINTIFF'S MOTIONS FOR DECLARATORY
RELIEF AND A PRELIMINARY INJUNCTION AND STAYING ENFORCEMENT OF ORDINANCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

RELATED CASE NOS. CV-08-03247 (CW)  & CV-08-03685 (CW)
[PROPOSED] ORDER RESCHEDULING HEARING ON PLAINTIFF'S MOTIONS FOR DECLARATORY RELIEF AND A PRELIMINARY INJUNCTION AND STAYING ENFORCEMENT OF ORDINANCE