1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   FRANCESCA GESSNER, State Bar #247553
3  TARA M. STEELEY, State Bar #231775
   Deputy City Attorneys
4  1 Dr. Carlton B. Goodlett Place
   City Hall, Room 234
5  San Francisco, California 94102-4682
   Telephone:     (415) 554-4762
6  Facsimile:     (415) 554-4699
   E-Mail:        francesca.gessner@sfgov.org
7
   Attorneys for Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, | Case No. C08-3247 CW |
| Plaintiff, | **STIPULATION VACATING AND RESCHEDULING HEARING ON PLAINTIFF'S MOTIONS FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTION AND EXTENDING STAY OF ENFORCEMENT OF ORDINANCES** |
| vs. | |
| THE CITY AND COUNTY OF SAN FRANCISCO AND THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, | |
| Defendants. | **(Civil Local Rule 7-12)** |
| | Honorable Claudia Wilken |
| | Hearing Date:  September 11, 2008<br>Time:  2:00 p.m.<br>Place:  Ctrm 2, 4th Floor |
| CALIFORNIA RESTAURANT ASSOCIATION, | Case No. C08-3685 CW<br>(Related with above case) |
| Plaintiff, | |
| vs. | |
| THE COUNTY OF SANTA CLARA AND THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT, | |
| Defendants. | |

STIPULATION VACATING HEARING                                   n:\govlit\li2008\090033\00506877.doc
CASE NO. C08-3247 CW

**STIPULATION**

WHEREAS, on August 26, 2008, the Court ordered that the hearing on Plaintiff California Restaurant Association ("CRA")'s Motions for Declaratory Relief and a Preliminary Injunction ("Motions") in each of the related actions that was scheduled for August 28, 2008 be vacated and rescheduled for September 11, 2008 at 2:00 p.m.;

WHEREAS, on August 31, 2008, the California Legislature passed Senate Bill 1420, a bill that would require menu labeling state-wide and that contains a preemption clause;

WHEREAS, Senate Bill 1420 is now pending before the Governor and the Governor has until September 30, 2008 to sign or veto the bill;

WHEREAS, if the Governor takes no action on Senate Bill 1420 by September 30, 2008, the bill will automatically become law;

WHEREAS, in light of these circumstances, Plaintiff CRA and Defendants City and County of San Francisco and County of Santa Clara ("Defendants") agree that a hearing on September 11, 2008 would be premature and an inefficient use of judicial resources, and that the hearing should be rescheduled for a date after September 30, 2008 in order to ascertain whether Senate Bill 1420 becomes law;

WHEREAS, in order to allow for a later hearing date, Defendants are willing to further postpone enforcement of their ordinances (*i.e.*, no fines or penalties will be imposed), until November 24, 2008; and

WHEREAS, in light of the holidays of Rosh Hashanah and Yom Kippur, counsel for Plaintiff CRA have scheduling issues with the Court's regularly scheduled hearing dates of October 2 and October 9;

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff and Defendants, subject to approval of the Court, that:

1. The hearing on Plaintiff's Motions in the related actions shall take place on October 16, 2008 at 2:00 p.m.. The hearing presently scheduled for September 11, 2008 at 2:00 p.m. shall be vacated.

2. Enforcement of fines and penalties under both the San Francisco and Santa Clara ordinances shall be stayed until November 24, 2008, without prejudice as to Plaintiff's right to seek a further stay and Defendants' right to oppose any further stay.

Dated: September 3, 2008

          DENNIS J. HERRERA
          City Attorney
          WAYNE SNODGRASS
          FRANCESCA GESSNER
          TARA M. STEELEY
          Deputy City Attorneys

          By: /s/
          FRANCESCA GESSNER
          Attorneys for Defendant
          CITY AND COUNTY OF SAN FRANCISCO

          ANN MILLER RAVEL
          County Counsel
          TAMARA LANGE
          MIGUEL MARQUEZ

          By: /s/
          MIGUEL MARQUEZ
          Attorneys for Defendant
          COUNTY OF SANTA CLARA

          ARNOLD & PORTER LLP

          By: /s/
          TRENTON NORRIS
          Attorneys for Plaintiff
          CALIFORNIA RESTAURANT ASSOCIATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

          _____
          The Honorable Claudia Wilken