1  Trenton H. Norris (SBN 164781)
   Sarah Esmaili (SBN 206053)
2  ARNOLD & PORTER LLP
   90 New Montgomery Street, Suite 600
3  San Francisco, CA  94105
   Telephone:  (415) 356-3000
4  Facsimile:  (415) 356-3099
   Email:  trent.norris@aporter.com
5  Email:  sarah.esmaili@aporter.com

6  Peter L. Zimroth (*pro hac vice*)
   Kent A. Yalowitz (*pro hac vice*)
7  Nancy G. Milburn (*pro hac vice*)
   ARNOLD & PORTER LLP                              Dennis J. Herrera, City Attorney (SBN 139669)
8  399 Park Avenue                                  Francesca Gessner (SBN 247553)
   New York, NY  10022                              Tara M. Steeley (SBN 231775)
9  Telephone:  (212) 715-1000                       Deputy City Attorneys
   Facsimile:  (212) 715-1399                       1 Dr. Carlton B. Goodlett Place
10 Email:  peter.zimroth@aporter.com                City Hall, Room 234
   Email:  kent.yalowitz@aporter.com                San Francisco, CA  94102-4682
11 Email:  nancy.milburn@aporter.com                Telephone:  (415) 554-4762
                                                    Facsimile:  (415) 554-4699
12 Attorneys for Plaintiff                          Email:  francesca.gessner@sfgov.org
   CALIFORNIA RESTAURANT ASSOCIATION
13                                                  Attorneys for Defendants
   Ann Miller Ravel, County Counsel (SBN 62139)     CITY AND COUNTY OF SAN FRANCISCO
14 Miguel Marquez (SBN 184621)                      and SAN FRANCISCO DEPARTMENT OF
   Tamara Lange (SBN 177949)                        PUBLIC HEALTH
15 OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
16 San Jose, CA  95110-1770
   Telephone:  (408) 299-5900
17 Facsimile:  (408) 292-7240

18 Attorneys for Defendants
   COUNTY OF SANTA CLARA and SANTA CLARA
19 COUNTY PUBLIC HEALTH DEPARTMENT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, | Case No. CV-08-3247 (CW) and<br>Case No. CV-08-03685 (CW) |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER REGARDING CASE SCHEDULING ORDER** |
| THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, | Honorable Claudia Wilken |
| Defendants. | |

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| THE COUNTY OF SANTA CLARA AND THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT, | ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION

WHEREAS, on July 3, 2008, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines in *California Restaurant Association v. The City and County of San Francisco, et al.,* Case No. CV-08-03247 CW (the "*San Francisco*" case), setting the initial Case Management Conference to take place on October 7, 2008;

WHEREAS, on August 1, 2008, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines in *California Restaurant Association v. The County of Santa Clara, et al.,* Case No. CV-08-03685 CW (the "*Santa Clara County*" case), setting the initial Case Management Conference to take place on November 19, 2008;

WHEREAS, on August 15, 2008, the Court ordered the *San Francisco* and *Santa Clara County* cases related;

WHEREAS, on August 28, 2008, the Court issued a Case Management Scheduling Order ("Order") rescheduling the Case Management Conference in these actions to take place on November 25, 2008; and

WHEREAS, the parties wish to specify coordinated initial case management conference and ADR deadlines not specifically stated in the Order so that these deadlines correspond to the November 25, 2008 Case Management Conference date;

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff and Defendants, subject to approval of the Court, that the following deadlines associated with the November 25, 2008 Case Management Conference in these actions shall apply:

1. <u>November 4, 2008</u>: Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan (per Fed. R. Civ. Proc. 26(f)).

- 1 -

2.   November 4, 2008:  Last day to file ADR Certification signed by parties and counsel (per Civ. L.R. 16-8).

3.   November 4, 2008:  Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (per Civ. L.R. 16-8).

4.   November 18, 2008:  Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report (per Fed. R. Civ. Proc. 26(a)(1) and Civ. L.R. 16-8).

The deadline for the parties to file a Case Management Conference Statement and the date of the Case Management Conference in these actions of November 25, 2008, as set out in the Order, are unaffected herein.

**IT IS SO STIPULATED.**

Dated: September __, 2008         ARNOLD & PORTER LLP

By: _____
Sarah Esmaili
Attorneys for Plaintiff
CALIFORNIA RESTAURANT ASSOCIATION

Dated: September __, 2008         DENNIS J. HERRERA
City Attorney
TARA M. STEELEY
FRANCESCA GESSNER

By: _____
Tara M. Steeley
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH

- 2 -

1  Dated: September __, 2008

ANN MILLER RAVEL
County Counsel
TAMARA LANGE
MIGUEL MARQUEZ

By: _____
Tamara Lange
Attorneys for Defendants
THE COUNTY OF SANTA CLARA AND THE
SANTA CLARA COUNTY PUBLIC HEALTH
DEPARTMENT

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED:**

9/23/08

Dated: _____

*[signature: Claudia Wilken]*

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

- 3 -

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULING ORDER
CASE NOS. CV 08-3247 (CW) AND CV. 08-03685