IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>   Plaintiff,<br><br>   v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br><br>   Defendants. | No. C 08-3247 CW |
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>   Plaintiff,<br><br>   v.<br><br>THE CITY AND COUNTY OF SANTA CLARA and THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT,<br><br>   Defendants. | No. C 08-3685 CW<br><br>ORDER DIRECTING SUPPLEMENTAL BRIEFING |

   On September 30, 2008, the Governor of the State of California signed into law Senate Bill 1420.  This Act would apparently preempt the ordinances that Plaintiff challenges in these lawsuits.  The parties are each ordered to submit a brief, not exceeding five pages in length, concerning the effect of the new legislation on Plaintiff's motion for a preliminary injunction.  Plaintiff must file its brief by 12:00 p.m. on October 14, 2008.  Defendants must

file their responsive briefs by 12:00 p.m. on October 15, 2008.  In the alternative, the parties may stipulate to continue the October 16 hearing on Plaintiff's motion for a preliminary injunction and to file their briefs on appropriate dates that reflect the continuance.

IT IS SO ORDERED.

Dated: 10/9/08

CLAUDIA WILKEN
United States District Judge