DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
FRANCESCA GESSNER, State Bar #247553
TARA M. STEELEY, State Bar #231775
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:     (415) 554-4762
Facsimile:     (415) 554-4699
E-Mail:        francesca.gessner@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO AND THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br><br>Defendants. | Case No. C08-3247 CW<br><br>**ORDER GRANTING STIPULATION VACATING AND RESCHEDULING HEARING ON PLAINTIFF'S MOTIONS FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTION AND EXTENDING STAY OF ENFORCEMENT OF ORDINANCES**<br><br>**(Civil Local Rule 7-12)**<br><br>Honorable Claudia Wilken<br><br>Hearing Date:     October 16, 2008<br>Time:            2:00 p.m.<br>Place:           Ctrm 2, 4th Floor |
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>THE COUNTY OF SANTA CLARA AND THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT,<br><br>Defendants. | Case No. C08-3685 CW<br>    (Related with above case) |

## STIPULATION

WHEREAS the hearing on Plaintiff California Restaurant Association's ("CRA") Motions for Declaratory Relief and a Preliminary Injunction ("Motions") in each of the related actions is currently scheduled for October 16, 2008;

WHEREAS, on August 31, 2008, the California Legislature passed Senate Bill 1420, a bill that would require menu labeling state-wide and that contains a preemption clause;

WHEREAS, on September 30, 2008, the Governor of the State of California signed into law Senate Bill 1420;

WHEREAS, in light of these circumstances, Plaintiff CRA and Defendants City and County of San Francisco and County of Santa Clara ("Defendants") agree that the hearing on October 16, 2008 should be continued to allow the parties an opportunity to come to agreement concerning the effect of the new legislation on Plaintiff's motion for preliminary injunction; and

WHEREAS, in order to allow for a later hearing date, Defendants are willing to further postpone enforcement of their ordinances (*i.e.*, no fines or penalties will be imposed), until January 1, 2009;

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff and Defendants, subject to approval of the Court, that:

1.  The hearing on Plaintiff's Motions in the related actions shall take place on October 30, 2008 at 2:00 p.m.. The hearing presently scheduled for October 16, 2008 at 2:00 p.m. shall be vacated. If the Parties cannot reach a stipulation to resolve this case before October 21, 2008 and do not file such a stipulation by that date, Plaintiff will file its brief concerning the effect of the new legislation on Plaintiff's motion for preliminary injunction by October 24, 2008 and Defendants will file their responsive briefs by October 27, 2008.

//

//

//

//

//

2    Enforcement of fines and penalties under both the San Francisco and Santa Clara

ordinances shall be stayed until January 1, 2009.

Dated:  October 10, 2008

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
FRANCESCA GESSNER
TARA M. STEELEY
Deputy City Attorneys

By:   /s/ Francesca Gessner
FRANCESCA GESSNER
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO


ANN MILLER RAVEL
County Counsel
TAMARA LANGE
MIGUEL MARQUEZ

By:   /s/ Miguel Marquez
MIGUEL MARQUEZ
Attorneys for Defendant
COUNTY OF SANTA CLARA


ARNOLD & PORTER LLP

By:   /s/ Trenton H. Norris[*]
TRENTON H. NORRIS
Attorneys for Plaintiff
CALIFORNIA RESTAURANT ASSOCIATION


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

**10/14/08**

_____

The Honorable Claudia Wilken

---

[*] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.