DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
FRANCESCA GESSNER, State Bar #247553
TARA M. STEELEY, State Bar #231775
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:     (415) 554-4762
Facsimile:      (415) 554-4699
E-Mail:          francesca.gessner@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO AND THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br><br>  Defendants. | Case No. C08-3247 CW<br><br>**ORDER GRANTING STIPULATION VACATING HEARING ON PLAINTIFF'S MOTIONS FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTION; SCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>**(Civil Local Rule 7-12)**<br><br>Honorable Claudia Wilken<br><br>Hearing Date:    October 30, 2008<br>Time:                 2:00 p.m.<br>Place:                Ctrm 2, 4th Floor |
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE COUNTY OF SANTA CLARA AND THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT,<br><br>  Defendants. | Case No. C08-3685 CW<br>        (Related with above case) |

STIPULATION VACATING HEARING
CASE NO. C08-3685 CW

**STIPULATION**

WHEREAS on March 24, 2008, the City and County of San Francisco ("San Francisco") enacted Ordinance No. 40-08, which requires covered restaurants to provide nutritional information on menus and menu boards;

WHEREAS on June 24, 2008, the County of Santa Clara ("Santa Clara") enacted Ordinance No. NS-300.793, which requires covered restaurants to provide nutritional information on menus and menu boards;

WHEREAS on August 31, 2008, the California Legislature passed Senate Bill 1420, a bill that would require menu labeling state-wide and that contains a preemption clause;

WHEREAS on September 30, 2008, the Governor signed Senate Bill 1420 into law;

WHEREAS the legislatures of San Francisco and Santa Clara are considering either suspending or repealing their respective menu labeling ordinances in light of Senate Bill 1420;

WHEREAS the respective legislatures are expected to complete their consideration of whether to suspend or repeal their ordinances by January 15, 2009;

WHEREAS Plaintiff California Restaurant Association ("CRA") has agreed to voluntarily dismiss these actions if both San Francisco and Santa Clara either suspend or repeal their respective ordinances;

WHEREAS, pursuant to this Court's order of October 13, 2008, the hearing on CRA's Motions for Declaratory Relief and a Preliminary Injunction ("Motions") in each of the related actions is currently scheduled for October 30, 2008, and enforcement of fines and penalties for San Francisco and Santa Clara's ordinances is stayed until January 1, 2009;

WHEREAS the Court issued an order on October 9, 2008, directing the Parties to submit supplemental briefs concerning the effect of Senate Bill 1420 on the Motions;

WHEREAS a hearing on the Motions and supplemental briefs concerning the effect of Senate Bill 1420 would be unnecessary if both San Francisco and Santa Clara either repeal or suspend their respective ordinances in light of Senate Bill 1420;

WHEREAS CRA, San Francisco, and Santa Clara have all agreed that each party shall bear its own costs and fees in each of the related actions;

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff and Defendants, subject to approval of the Court, that:

1. The hearing on Plaintiff's Motions in the related actions scheduled for October 30, 2008 at 2:00 p.m. is hereby vacated.
2. The Parties shall not be required to submit the supplemental briefing ordered by the Court on October 9, 2008.
3. The initial case management conference previously set for November 25, 2008, at 2:00 p.m. is hereby vacated.
4. A case management conference is scheduled for January 20, 2009, at 2:00 p.m.  The parties shall file a joint case management conference statement on or before January 9, 2009.
5. Pending further order of this Court, enforcement of the ordinances at issue shall be stayed through February 20, 2009.
6. The parties' obligations under Rule 26, Federal Rules of Civil Procedure, are stayed pending further order.

Dated:  October 21, 2008

                                DENNIS J. HERRERA
                                City Attorney
                                WAYNE SNODGRASS
                                FRANCESCA GESSNER
                                TARA M. STEELEY
                                Deputy City Attorneys

                                By:   /s/ Francesca Gessner
                                      FRANCESCA GESSNER
                                      Attorneys for Defendant
                                      CITY AND COUNTY OF SAN FRANCISCO

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  

                ANN MILLER RAVEL  
                County Counsel  
                TAMARA LANGE  
                MIGUEL MARQUEZ  

                By:   /s/ Miguel Marquez  
                MIGUEL MARQUEZ  
                Attorneys for Defendant  
                COUNTY OF SANTA CLARA  

                ARNOLD & PORTER LLP  

                By:   /s/ Trenton H. Norris[*]  
                TRENTON H. NORRIS  
                Attorneys for Plaintiff  
                CALIFORNIA RESTAURANT ASSOCIATION  

11 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

12  
13 **Dated: 10/23/08**

14                 _____

15                 The Honorable Claudia Wilken

16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27 [*] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

28  

STIPULATION VACATING HEARING        3  
CASE NO. C08-3685 CW