| | |
|---|---|
| 1  Trenton H. Norris (SBN 164781) | |
|    Sarah Esmaili (SBN 206053) | |
| 2  ARNOLD & PORTER LLP | |
|    TRENTON H. NORRIS (SBN 164781) | |
| 3  SARAH ESMAILI (SBN 206053) | |
|    275 Battery Street, 27th Floor | |
| 4  San Francisco, CA  94111 | |
|    Telephone:  (415) 356-3000 | |
| 5  Facsimile:  (415) 356-3099 | |
| 6  Peter L. Zimroth (*pro hac vice*) | |
|    Kent A. Yalowitz (*pro hac vice*) | |
| 7  Nancy G. Milburn (*pro hac vice*) | |
|    ARNOLD & PORTER LLP | Dennis J. Herrera, City Attorney (SBN 139669) |
| 8  399 Park Avenue | Francesca Gessner (SBN 247553) |
|    New York, NY  10022 | Tara M. Steeley (SBN 231775) |
| 9  Telephone:  (212) 715-1000 | Deputy City Attorneys |
|    Facsimile:  (212) 715-1399 | 1 Dr. Carlton B. Goodlett Place |
| 10 Email:  peter.zimroth@aporter.com | City Hall, Room 234 |
|    Email:  kent.yalowitz@aporter.com | San Francisco, CA  94102-4682 |
| 11 Email:  nancy.milburn@aporter.com | Telephone:  (415) 554-4762 |
|                                        | Facsimile:  (415) 554-4699 |
| 12 Attorneys for Plaintiff             | Email:  francesca.gessner@sfgov.org |
|    CALIFORNIA RESTAURANT ASSOCIATION   | |
| 13                                     | Attorneys for Defendants |
|    Ann Miller Ravel, County Counsel (SBN 62139) | CITY AND COUNTY OF SAN FRANCISCO |
| 14 Miguel Marquez (SBN 184621)         | and SAN FRANCISCO DEPARTMENT OF |
|    Tamara Lange (SBN 177949)           | PUBLIC HEALTH |
| 15 OFFICE OF THE COUNTY COUNSEL        | |
|    70 West Hedding Street, East Wing, Ninth Floor | |
| 16 San Jose, CA  95110-1770            | |
|    Telephone:  (408) 299-5900          | |
| 17 Facsimile:  (408) 292-7240          | |
| 18 Attorneys for Defendants            | |
|    COUNTY OF SANTA CLARA and SANTA CLARA | |
| 19 COUNTY PUBLIC HEALTH DEPARTMENT     | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, | ) | Case No. CV-08-3247 (CW) and |
|  | ) | Case No. CV-08-03685 (CW) |
|  | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER STAYING** |
|  | ) | **ADR DEADLINES UNDER CIVIL** |
| v. | ) | **LOCAL RULE 16-8 AND ADR LOCAL** |
|  | ) | **RULE 3-5** |
| THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, | ) | |
|  | ) | Honorable Claudia Wilken |
|  | ) | |
|  | ) | |
| Defendants. | ) | |

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| THE COUNTY OF SANTA CLARA AND THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT, | ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION

WHEREAS, on October 23, 2008, pursuant to the parties' Stipulation, the Court issued an Order Vacating Hearing on Plaintiff's Motions for Declaratory Relief and Preliminary Injunction and Scheduling Case Management Conference ("Order"). The Order reset the initial Case Management Conference for the above-captioned cases to take place on January 20, 2009 and, among other things, stayed the parties' obligations under Rule 26 of the Federal Rules of Civil Procedure pending further order;

WHEREAS, the parties inadvertently failed to request in the Stipulation that the Court also stay the parties' obligation to submit, pursuant to Local Civil Rule 16 and ADR Local Rule 3-5, (1) an ADR Certification and (2) either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference; and

WHEREAS, the parties believe it is appropriate, subject to Court approval, to stay these ADR deadlines for the same reasons recited in the Order;

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff and Defendants, subject to approval of the Court, that the parties' obligations under Local Civil Rule 16 and ADR Local Rule 3-5 are stayed pending further order.

**IT IS SO STIPULATED.**

Dated: November __, 2008                     ARNOLD & PORTER LLP


                                             By: _____
                                                     Sarah Esmaili
                                                 Attorneys for Plaintiff
                                             CALIFORNIA RESTAURANT ASSOCIATION

- 1 -

| | |
|---|---|
| Dated: November __, 2008 | DENNIS J. HERRERA<br>City Attorney<br>TARA M. STEELEY<br>FRANCESCA GESSNER<br><br>By: _____<br>Francesca Gessner<br>Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO<br>AND SAN FRANCISCO DEPARTMENT OF<br>PUBLIC HEALTH |
| Dated: November __, 2008 | ANN MILLER RAVEL<br>County Counsel<br>TAMARA LANGE<br>MIGUEL MARQUEZ<br><br>By: _____<br>Tamara Lange<br>Attorneys for Defendants<br>THE COUNTY OF SANTA CLARA AND THE<br>SANTA CLARA COUNTY PUBLIC HEALTH<br>DEPARTMENT |

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED:**

Dated: 11/17/08

*/s/ Claudia Wilken*

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

- 2 -