Trenton H. Norris (SBN 164781)
Sarah Esmaili (SBN 206053)
ARNOLD & PORTER LLP
275 Battery Street, Suite 2700
San Francisco, California 94111
Telephone: (415) 356-3000
Facsimile: (415) 356-3099
Email: trent.norris@aporter.com
Email: sarah.esmaili@aporter.com

Peter L. Zimroth (*pro hac vice*)
Kent A. Yalowitz (*pro hac vice*)
Nancy G. Milburn (*pro hac vice*)
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
Email: peter.zimroth@aporter.com
Email: kent.yalowitz@aporter.com
Email: nancy.milburn@aporter.com

Attorneys for Plaintiff
CALIFORNIA RESTAURANT ASSOCIATION

Ann Miller Ravel, County Counsel (SBN 62139)
Miguel Márquez (SBN 184621)
Tamara Lange (SBN 177949)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, CA 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA and SANTA CLARA
COUNTY PUBLIC HEALTH DEPARTMENT

Dennis J. Herrera, City Attorney (SBN 139669)
Francesca Gessner (SBN 247553)
Tara M. Steeley (SBN 231775)
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, CA 94102-4682
Telephone: (415) 554-4762
Facsimile: (415) 554-4699
Email: francesca.gessner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
and SAN FRANCISCO DEPARTMENT OF
PUBLIC HEALTH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, <br><br> Defendants. | Case No. CV-08-3247 (CW) and <br> Case No. CV-08-03685 (CW) <br><br> **STIPULATION AND ORDER RE DISMISSAL** <br><br> Honorable Claudia Wilken |

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| THE COUNTY OF SANTA CLARA AND THE SANTA CLARA COUNTY PUBLIC HEALTH DEPARTMENT, | ) ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION

WHEREAS, on March 24, 2008, the City and County of San Francisco ("San Francisco") enacted Ordinance No. 40-08 (as amended by Ordinance No. 195-08), amending San Francisco Health Code Sections 468 through 468.8, which requires covered restaurants to provide nutritional information on menus and menu boards (the "San Francisco Menu Labeling Ordinance");

WHEREAS, on June 24, 2008, the County of Santa Clara ("Santa Clara") enacted Ordinance No. NS-300.793, adding Chapter XXII to Division A18 of the Santa Clara County Ordinance Code, which requires covered restaurants to provide nutritional information on menus and menu boards (the "Santa Clara Menu Labeling Ordinance");

WHEREAS, the California Restaurant Association ("CRA") filed the above-captioned actions to challenge the San Francisco Menu Labeling Ordinance (the "*San Francisco* action") and the Santa Clara Labeling Ordinance (the "*Santa Clara* action") on federal and State constitutional grounds;

WHEREAS, on September 30, 2008, the Governor signed into law California Senate Bill 1420 ("SB 1420"), which requires menu labeling state-wide and contains a preemption clause;

WHEREAS, pursuant to the Parties' prior stipulations, enforcement of fines and penalties under the San Francisco Menu Labeling Ordinance and the Santa Clara Menu Labeling Ordinance has been ordered stayed at all times in which the Ordinances have been effective and until January 1, 2009, when SB 1420 goes into effect;

WHEREAS, on November 25, 2008, the City and County of San Francisco enacted Ordinance No. 260-08, which suspends, effective December 25, 2008, Sections 468.3 through 468.8 of the San Francisco Menu Labeling Ordinance;

WHEREAS, on November 18, 2008, the Santa Clara Board of Supervisors enacted Ordinance No. NS-300.795, which repeals, effective December 18, 2008, the Santa Clara Menu Labeling Ordinance; and

WHEREAS, in light of the repeal of the Santa Clara Menu Labeling Ordinance and the suspension of Sections 468.3 through 468.8 of the San Francisco Menu Labeling Ordinance, CRA has agreed to dismiss the *Santa Clara* action with prejudice and to dismiss the *San Francisco* action without prejudice to its being refiled in the event that the San Francisco Menu Labeling Ordinance comes into force in the future;

WHEREAS, a case management conference is currently scheduled for January 20, 2009, and a joint case management conference statement is due on January 9, 2009;

WHEREAS, in light of the entry of this Stipulation, the case management conference scheduled for January 20, 2009 is no longer necessary and would be a waste of judicial resources;

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff and Defendants, subject to approval of the Court, that:

1. CRA shall file a Notice of Voluntary Dismissal with prejudice of the *Santa Clara* action under Fed. R. Civ. P. 41 within five court days of the Court's entry of this Order;

2. CRA shall file a Notice of Voluntary Dismissal without prejudice of the *San Francisco* action under Fed. R. Civ. P. 41 within five court days of the Court's entry of this Order;

3. The *San Francisco* and *Santa Clara* actions shall be stayed pending dismissal, with all dates and deadlines vacated including, but not limited to, the case management statement due on January 9, 2009 and the case management conference scheduled for January 20, 2009; and

//

//

4. Each party shall bear its own costs and fees in the *San Francisco* and *Santa Clara* actions.

Dated: January __, 2009

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
FRANCESCA GESSNER
TARA M. STEELEY
Deputy City Attorneys

By:_____
Francesca Gessner
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: January __, 2009

ANN MILLER RAVEL
County Counsel
TAMARA LANGE
MIGUEL MARQUEZ

By:_____
Miguel Márquez
Attorneys for Defendant
COUNTY OF SANTA CLARA

Dated: January __, 2009

ARNOLD & PORTER LLP

By:_____
Trenton H. Norris
Attorneys for Plaintiff
CALIFORNIA RESTAURANT ASSOCIATION

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED:**

Dated: 1/7/09

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

- 3 -